**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re: North Sea Brent Crude Oil Futures Litigation

No. 13-md-02475 (ALC) (SN)

**NOTICE OF MOTION AND MOTION FOR THE**
**APPOINTMENT OF LOWEY DANNENBERG COHEN & HART, P.C., LOVELL**
**STEWART HALEBIAN JACOBSON LLP, AND ROBINS, KAPLAN, MILLER &**
**CIRESI L.L.P AS INTERIM CLASS COUNSEL**

PLEASE TAKE NOTICE that Plaintiffs Prime International Trading, Ltd., William Karkut and Patricia Benvenuto, through their undersigned attorneys pursuant to this Court's November 8, 2013 Order, will and hereby do move this Court before The Honorable Sarah Netburn, Courtroom 219, at the United States Courthouse, 40 Foley Square, New York, NY 10007, at a time and date to be set by the Court, pursuant to Fed. R. Civ. P. 23(g), for entry of an order appointing as Interim Class Counsel the firms of Lowey Dannenberg Cohen & Hart, P.C., Lovell Stewart Halebian Jacobson LLP as Chair, and Robins, Kaplan, Miller & Ciresi L.L.P.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Movants rely on this Notice of Motion, the accompanying Memorandum of Law and Declaration of Vincent Briganti with attached exhibits, and all other papers and proceedings had herein.

Dated: November 20, 2013

Respectfully submitted,

LOWEY DANNENBERG COHEN
      & HART, P.C.

By: /s/  Vincent Briganti
Vincent Briganti
Geoffrey Horn
One North Broadway
White Plains, New York 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
ghorn@lowey.com

*Counsel for Plaintiff Prime International
Trading, Ltd. and Proposed Interim Class
Counsel*

LOVELL STEWART HALEBIAN
      JACOBSON LLP

By: /s/  Christopher Lovell
Christopher Lovell
61 Broadway, Suite 501
New York, NY 10006
Tel.: (212) 608-1900
Fax: (212) 719-4677
clovell@lshllp.com

*Counsel for Plaintiff William Karkut and
Proposed Interim Class Counsel*

ROBINS, KAPLAN, MILLER
      & CIRESI L.L.P.

By: /s/  Hollis Salzman
Hollis Salzman
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 980-7400
Fax: (212) 980-7499
hsalzman@rkmc.com

*Counsel for Plaintiff Patricia Benvenuto and
Proposed Interim Class Counsel*