UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2013

In re: North Sea Brent Crude Oil Futures Litigation

ORDER

13-MD-02475 (ALC)(SN)

-----------------------------------------------------------------

**SARAH NETBURN, United States Magistrate Judge:**

    The Court orders that the Declaration of David E. Kovel, submitted *ex parte* in support of the Motion of Plaintiffs Kevin McDonnell, Anthony Insinga, Robert Michiels, John Devivo and Neil Taylor to Appoint Kirby McInerney LLP as Interim Lead Counsel, be filed UNDER SEAL.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  New York, New York
              November 22, 2013