UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: North Sea Brent Crude Oil Futures Litigation | No. 13-md-02475 (ALC) (SN) |

## DECLARATION OF AMANDA N. MILLER IN FURTHER SUPPORT OF MOTION FOR THE APPOINTMENT OF LOWEY DANNENBERG COHEN & HART, P.C., LOVELL STEWART HALEBIAN JACOBSON LLP, AND ROBINS, KAPLAN, MILLER & CIRESI L.L.P. AS INTERIM CLASS COUNSEL

I, Amanda N. Miller, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate at the law firm of Lovell Stewart Halebian Jacobson LLP, and submit this Declaration in Further Support of the Motion to Appoint Lowey Dannenberg Cohen & Hart, P.C., Lovell Stewart Halebian Jacobson LLP as Chairman, and Robins, Kaplan, Miller & Ciresi L.L.P. as Interim Class Counsel.

2. I reviewed the allegations of the complaint in the action-styled *McDonnell, et al. v. Royal Dutch Shell PLC, et al.*, Case No. 13-cv-07089 (S.D.N.Y.) ("*McDonnell*").

3. Exhibit A hereto compares allegations in the *McDonnell* Complaint with comparable allegations in the *Karkut* Complaint (*Karkut v. Royal Dutch Shell PLC, et al.* Case No. 13-cv-4872).

4. Exhibit B hereto compares allegations in the *McDonnell* Complaint with comparable language from various publicly available sources.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2013
New York, New York

_____
AMANDA N. MILLER