# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

December 2, 2013

**BY ECF AND HAND DELIVERY**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
40 Foley Square, Room 430
New York, New York 10007

Re:   *In re: North Sea Brent Crude Oil Futures Litigation*,
      13-md-2475 (ALC) (SN) (S.D.N.Y.)

Dear Magistrate Judge Netburn,

    Pursuant to Your Honor's Rule III.b, we are respectfully submitting, on behalf of Lovell Stewart Halebian Jacobson LLP, Lowey Dannenberg Cohen & Hart, P.C., and Robins, Kaplan, Miller & Ciresi, L.L.P. ("Proposed Interim Class Counsel") and the Plaintiffs and counsel in the eight actions supporting the appointment of Proposed Interim Class Counsel, a binder containing:

    1. Notice of Motion and Motion for the Appointment of Lowey Dannenberg Cohen & Hart, P.C., Lovell Stewart Halebian Jacobson LLP, and Robins, Kaplan, Miller & Ciresi L.L.P. as Interim Class Counsel, Dkt. No. 13.

    1(a). Declaration of Vincent Briganti in Support of Motion for the Appointment of Lowey Dannenberg Cohen & Hart, P.C., Lovell Stewart Halebian Jacobson LLP, and Robins, Kaplan, Miller & Ciresi L.L.P. as Interim Class Counsel and exhibits thereto, Dkt. No. 14.

    1(b). Memorandum of Law in Support of Motion for the Appointment of Lowey Dannenberg Cohen & Hart, P.C., Lovell Stewart Halebian Jacobson LLP, and Robins, Kaplan, Miller & Ciresi L.L.P. as Interim Class Counsel, Dkt. No. 15.

    2. Plaintiffs Kevin McDonnell, Antohony Insinga, Robert Michiels, John Devivo and Neil Taylor's Response in Opposition to the Motion for the Appointment of Lowey Dannenberg Cohen & Hart, P.C., Lovell Stewart Halebian Jacobson LLP, and Robins, Kaplan, Miller & Ciresi L.L.P. as Interim Class Counsel, Dkt. No. 20.

    3. Reply Memorandum In Further Support Of Motion to Appoint Lovell Stewart Halebian Jacobson LLP, Lowey Dannenberg Cohen & Hart, P.C., and Robins, Kaplan, Miller & Ciresi L.L.P. as Interim Class Counsel and exhibit thereto, Dkt. No. 21.

      3(a). Declaration of Raymond Girnys in Further Support of the Motion For The Appointment Of Lowey Dannenberg Cohen & Hart, P.C., Lovell Stewart Halebian Jacobson LLP, and Robins, Kaplan, Miller & Ciresi L.L.P. as Interim Class Counsel and exhibits thereto, Dkt. No. 22.

      3(b). Declaration of Amanda N. Miller in Further Support of the Motion For The Appointment Of Lowey Dannenberg Cohen & Hart, P.C., Lovell Stewart Halebian Jacobson LLP, and Robins, Kaplan, Miller & Ciresi L.L.P. as Interim Class Counsel and exhibits thereto, Dkt. No. 23.

      As we construe Your Honor's Order, the foregoing constitutes all of the motion papers filed on Proposed Interim Class Counsel's motion. We understand that Kirby McInerney LLP is submitting their competing motion in their binder.

      Thank you very much.

Respectfully submitted,

/s/Christopher Lovell
Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006

Enclosures

cc: Counsel of Record (by electronic mail, without enclosures)