# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.699.1194
www.kmllp.com

Of counsel
   Roger W. Kirby
   Alice McInerney

**VIA ELECTRONIC FILING**

December 6, 2013

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re: North Sea Crude Oil Futures Litig.*, Master File No.13-md-2475-ALC-SN
             *McDonnell, et al. v. BP PLC, et al.*, Case No. 13-cv-7089-ALC-SN;
             *Taylor v. Royal Dutch Shell PLC, et al.,* Case No. 13-cv-8179-ALC-SN

Dear Judge Netburn:

      On behalf of Plaintiffs in the above-referenced *McDonnell* and *Taylor* actions, we respectfully submit this letter motion in accordance with Rule III.c. of Your Honor's Individual Practices and Local Rule 7.1(d) to request oral argument on the Motion of Plaintiffs Kevin McDonnell, Anthony Insinga, Robert Michiels, John Devivo and Neil Taylor To Appoint Kirby McInerney LLP as Interim Lead Counsel (ECF Nos. 8-10, 20, 52).

                                    Respectfully submitted,

                                      */s/ David E. Kovel*
                                    David E. Kovel, Esq.
                                    KIRBY McINERNEY LLP
                                    825 Third Avenue
                                    New York, New York 10022
                                    Tel: (212) 371-6600
                                    dkovel@kmllp.com

cc:    All Counsel of Record (via ECF Notification)