UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | CIVIL ACTION NO. 1:13-MD-02475-ALC |

# MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Johnny Reid Edwards, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff David Harter in the above-captioned matter.

I am in good standing of the bar of the State of North Carolina and there are no pending disciplinary proceedings against me in any state or federal court.

Date: December 20, 2013

EDWARDS KIRBY, LLP

By: */s  John Edwards*
John Edwards #7706 NC
P.O. Box 17005
Raleigh, N.C. 27619
T: (919) 780-5400
F: (919) 800-3099
Email: jedwards@edwardskirby.com
Email: lwhite@edwardskirby.com

*Attorneys for Plaintiff David Harter*