UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

1/2/14

In re:

NORTH SEA BRENT CRUDE OIL : 1:13-md-02475 (ALC)
FUTURES LITIGATION

------------------------------------------------------------x

PRIME INTERNATIONAL TRADING
LTD.,

                  Plaintiff,

                                    1:13-cv-03473 (ALC)

      -against-

BP PLC, et al.,

                  Defendants.

------------------------------------------------------------x

MICHAEL SEVY,

                  Plaintiff,

     -against-                  1:13-cv-03587 (ALC)

BP PLC, et al.,

                    Defendants.

------------------------------------------------------------x

GREGORY SMITH,

                  Plaintiff,

     -against-                  1:13-cv-03944 (ALC)

BP PLC, et al.,

                    Defendants.

------------------------------------------------------------x

```
---------------------------------------------------------------x
PATRICIA BENVENUTO,                                            :
                                                               :
                                    Plaintiff,                 :
                                                               :
                -against-                                      :     1:13-cv-04142 (ALC)
                                                               :
STATOIL ASA, et al.,                                           :
                                                               :
                                    Defendants.                :
---------------------------------------------------------------x
WHITE OAKS FUND LP,                                            :
                                                               :
                                    Plaintiff,                 :
                                                               :
                -against-                                      :     1:13-cv-04553 (ALC)
                                                               :
BP PLC, et al.,                                                :
                                                               :
                                    Defendants.                :
---------------------------------------------------------------x
WILLIAM KARKUT,                                                :
                                                               :
                                    Plaintiff,                 :
                                                               :
                -against-                                      :     1:13-cv-04872 (ALC)
                                                               :
BP PLC, et al.,                                                :
                                                               :
                                    Defendants.                :
---------------------------------------------------------------x
PORT22, LLC, et al.,                                           :
                                                               :
                                    Plaintiffs,                :
                                                               :
                -against-                                      :     1:13-cv-04938 (ALC)
                                                               :
BP PLC, et al.,                                                :
                                                               :
                                    Defendants.                :
---------------------------------------------------------------x
```

```
-----------------------------------------------------------x
CHRISTOPHER CHARTIER,                       :
                                            :
                        Plaintiff,          :
                                            :
        -against-                           :      1:13-cv-05577 (ALC)
                                            :
BP PLC, et al.,                             :
                                            :
                        Defendants.         :
-----------------------------------------------------------x
KEVIN MCDONNELL, et al.,                    :
                                            :
                        Plaintiff,          :
                                            :
        -against-                           :      1:13-cv-07089 (ALC)
                                            :
ROYAL DUTCH SHELL PLC, et al.,              :
                                            :
                        Defendants.         :
-----------------------------------------------------------x
DAVID HARTER,                               :
                                            :
                        Plaintiff,          :
                                            :
        -against-                           :      1:13-cv-07443 (ALC)
                                            :
BP PLC, et al.,                             :
                                            :
                        Defendants.         :
-----------------------------------------------------------x
MELISSINOS EUPATRID LP,                     :
                                            :
                        Plaintiff,          :
                                            :
        -against-                           :      1:13-cv-08030 (ALC)
                                            :
BP PLC, et al.,                             :
                                            :
                        Defendants.         :
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                              :
   FTC CAPITAL GMBH,                          :
                                              :
                         Plaintiff,           :
                                              :
          -against-                           :   1:13-cv-08151 (ALC)
                                              :
   ROYAL DUTCH SHELL PLC, et al.,             :
                                              :
                         Defendants.          :
-----------------------------------------------------------x
                                              :
   NEIL TAYLOR,                               :
                                              :
                         Plaintiff,           :
                                              :
          -against-                           :   1:13-cv-08179 (ALC)
                                              :
   ROYAL DUTCH SHELL PLC, et al.,             :
                                              :
                         Defendants.          :
-----------------------------------------------------------x
```

**PRETRIAL ORDER NO. 1**
**(Initial Case Management Order)**

**ANDREW L. CARTER, JR., United States District Judge:**

It appearing that these cases merit special attention as complex litigation, it is hereby

**ORDERED** as follows:

### I. Consolidation

The following actions are consolidated for all purposes into 13-md-2475 (ALC):

13-cv-3473, 13-cv-3587, 13-cv-3944, 13-cv-4142, 13-cv-4553, 13-cv-4872, 13-cv-4938, 13-cv-5577, 13-cv-7089, 13-cv-7443, 13-cv-8030, 13-cv-8151, and 13-cv-8179.  They are referred to collectively as <u>In re North Sea Brent Crude Oil Futures Litigation</u>.

## II. Captions and Filing

### A. Master Docket and File

The Clerk will maintain a master docket and case file under <u>In re North Sea Brent Crude Oil Futures Litigation</u>, 13-md-2475.

### B. Captions; Separate Filing

All orders, pleadings, motions, and other documents filed in any or all of the actions now or hereafter subject to this order shall bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL                    1:13-md-02475 (ALC)
FUTURES LITIGATION

This document applies to:   [INSERT]

-----------------------------------------------------------x
```

A paper pertinent to all the actions consolidated by Section I of this Order shall state that it applies to "ALL CASES." A paper pertinent to fewer than all of the actions shall state the docket number of each individual case to which it pertains. All papers filed in any of these cases shall be docketed on the master docket and on the docket of each individual case to which it pertains.

### C. Pleadings

Plaintiffs shall file and serve a consolidated amended complaint in <u>In re North Sea Brent Crude Oil Futures Litigation</u> no later than forty-five [45] days after the selection of a lead plaintiff. Defendants thereafter shall answer, move, or otherwise respond no

later than forty-five [45] days after the consolidated amended complaint has been filed.

**D. Motions**

1. No motion shall be filed under Rule 11, Rule 37, or Rule 56 of the Federal Rules of Civil Procedure without the movant first having sought a pre-motion conference with the Court.

2. No motion (other than under Rule 12) shall be filed unless it includes a certification that the movant has conferred with opposing parties and made a good faith effort to resolve the matter without court action.

**E. Discovery**

1. **Non-filing of Discovery Documents**

   Pursuant to Federal Rule of Civil Procedure 5(d), discovery requests and responses will not be filed with the court except when specifically so ordered by the Court or to the extent needed in connection with a motion.

2. **Pending and New Discovery**

   Pending the development of a fair and efficient schedule, any outstanding discovery proceedings are suspended until further order of this Court.   Relief from this stay may be granted for good cause shown, such as the ill health of a proposed deponent.

**F. Later Cases**

The provisions of this Order, including consolidation, shall apply automatically to actions later instituted in or removed or transferred to this Court (including cases transferred for pretrial purposes under 28 U.S.C. § 1407) that involve claims relating to this oil futures litigation.

### III. Designation of Lead Plaintiffs and Lead Counsel

Counsel for all parties for cases pending in this Court as of January 2, 2014, shall attend the Initial Pretrial Conference currently scheduled for February 20, 2014, at 2 P.M. in Courtroom 1306 at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  Any application for appointment of lead plaintiff and lead counsel, if not already made, is due by January 24, 2014.  Such applications must be served on all parties.  Any opposition is due by February 7, 2014.

### IV. Compensation and Time and Expense Reports

Counsel who anticipate seeking an award of attorneys' fees and reimbursement of expenditures from the Court shall comply with the directives contained in The Manual for Complex Litigation, Fourth § 14.213 regarding the maintenance and filing of contemporaneous records reflecting the services performed and the expenses incurred.

**SO ORDERED.**

Dated:   January 2, 2014

    New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**