UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | Master File No. 13-md-02475-ALC-SN |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Karl S. Stern, who is admitted *pro hac vice* to practice in this court, respectfully enters his appearance as counsel for defendant Phibro Trading LLC in the above-captioned action, and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him at the address below.

Please add the following to the service list for these proceedings:

Karl S. Stern (kstern@velaw.com)
VINSON & ELKINS LLP
1001 Fannin St.
Suite 2500
Houston, Texas 77002
Telephone (713) 758-3828
Facsimile: (713) 758-5603

Dated: January 7, 2014

                                        VINSON & ELKINS L.L.P.

                                        By: */s/ Karl S. Stern*
                                              Karl S. Stern (KS-3828)
                                              VINSON & ELKINS LLP
                                              1001 Fannin St.
                                              Suite 2500
                                              Houston, Texas 77002
                                              Telephone (713) 758-2222
                                              Facsimile: (713) 758-2346
                                              kstern@velaw.com
                                              *Attorneys for Defendant Phibro Trading LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2014, a copy of the foregoing Notice of Appearance was filed electronically and sent by e-mail to all parties who have appeared by operation of this Court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

*/s/ Elizabeth M. Devaney*

Elizabeth Devaney

US 2238898v.1