USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-15-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                              :
                                                    :     1:13-md-02475 (ALC)
NORTH SEA BRENT CRUDE OIL                           :
FUTURES LITIGATION                                  :     <u>ORDER GOVERNING PRO HAC</u>
                                                    :     <u>VICE ADMISSION</u>
This document applies to:   ALL CASES               :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

All attorneys appearing in these cases must be admitted to practice in this Court in accordance with Local Civil Rule 1.3.   Attorneys seeking admission <u>pro hac vice</u> should follow these instructions:

1) Unless otherwise directed by the Court, an attorney should not file a formal motion for admission <u>pro hac vice</u>.

2) Instead, the attorney will be provisionally admitted <u>pro hac vice</u> upon the attorney's application for an ECF login and/or password.   Where the online application requires an admission date, applicants may use the date on which they first entered their appearance in the case.

3) An admission fee is not required.

For assistance with the ECF filing system, counsel may contact the Court's ECF Help Desk at (212) 805-0800.

**SO ORDERED.**

Dated:   January 15, 2014

New York, New York

ANDREW L. CARTER, JR.
United States District Judge