UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :
                                                :
NORTH SEA BRENT CRUDE OIL                       :    1:13-md-02475 (ALC)
FUTURES LITIGATION                              :
                                                :    <u>ORDER</u>
This document applies to:   ALL CASES           :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

By letter dated December 20, 2013, Defendants BP p.l.c., Statoil ASA, Morgan Stanley, Phibro Trading LLC, and Trafigura AG requested the Court to make available to Defendants the <u>ex parte</u> November 20, 2013 declaration of David E. Kovel submitted in support of Kirby McInerney's Motion to Appoint Interim Lead Counsel. (ECF No. 64). Kirby McInerney opposed the request via letter dated January 2, 2014. (ECF No. 69). The Court has considered the letter submissions. Defendants' application is DENIED.

SO ORDERED.

Dated:   January 15, 2014

         New York, New York                        ANDREW L. CARTER, JR.
                                                   United States District Judge