UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------
Prime International Trading, Ltd.,

      Plaintiff,

      - against -

BP PLC, et al.,

      Defendants.
----------------------------------

13 md 2475 (ALC) (SN)

**ORDER WITHDRAWING**
**REFERENCE**

**ANDREW L. CARTER, JR.**, United States District Judge:

The order referring the matter to the magistrate judge is

withdrawn.

Dated: New York, New York
January 16, 2014

SO ORDERED.

_____
Andrew L. Carter, Jr.
United States District Judge