# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
 Roger W. Kirby
 Alice McInerney

January 29, 2014

<u>Via ECF and Hand Delivery</u>

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

    Re:    *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13-md-02475-ALC;
              *McDonnell, et al. v. BP PLC, et al.*, Case No. 13-cv-7089-ALC;
              *Taylor v. Royal Dutch Shell PLC, et al.*, Case No. 13-cv-8179-ALC

Dear Judge Carter:

      On behalf of Plaintiffs and the proposed class in the above-referenced case, pursuant to Rule 1.G. and 2.C. of Your Honor's Individual Practices, enclosed please find courtesy copies of the Supporting Memorandum of Law and Motion of Plaintiffs Kevin McDonnell, Anthony Insinga, Robert Michiels, John Devivo and Neil Taylor To Be Appointed Lead Plaintiffs and To Appoint Kirby McInerney LLP as Interim Lead Counsel [ECF Nos. 82-83]. Thank you for your consideration.

                                                                       Respectfully submitted,

                                                                       David E. Kovel

                                                                       *Counsel for Plaintiffs Kevin McDonnell,*
                                                                       *Anthony Insinga, Robert Michiels, John*
                                                                       *Devivo and Neil Taylor and*
                                                                       *Proposed Interim Lead Counsel*

Cc: Counsel of Record (via electronic filing)