UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION         1:13-md-02475 (ALC)

This document applies to:   ALL CASES

---------------------------------------------------------------------------x


NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Robert W. Trenchard, who is admitted to practice in this Court, respectfully enters his appearance as counsel for defendant Statoil ASA in the above captioned action.

Dated:  February 3, 2014

                              Respectfully submitted,


                              /s/ Robert W. Trenchard
                              Robert W. Trenchard
                              WilmerHale
                              7 World Trade Center
                              250 Greenwich Street
                              New York, New York 10007
                              Telephone:  (212) 230-8867
                              Facsimile: (212) 230-8888


                              *Attorneys for Defendant Statoil ASA*