UNITED  STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION          1:13-md-02475  (ALC)

This document applies to:  ALL CASES

-------------------------------------------------------------------------x


NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas Curtis, who is admitted to practice in this Court,

respectfully enters his appearance as counsel for defendant Statoil ASA in the above captioned

action.


Dated:  February 3, 2014


Respectfully submitted,

/s/ Douglas Curtis
Douglas Curtis
WILMERHALE
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8802
Facsimile: (212) 230-8888

Attorneys for Defendant Statoil ASA