# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | Facsimile |
|---|---|
| 212.608.1900 | 212.719.4775 |

February 7, 2014

**BY ECF and HAND DELIVERY**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007-1312

Re: *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13-md-2475-ALC;
*Prime Int'l Trading Ltd. v. BP PLC, et al.*, No. 13-cv-3473-ALC;
*Benvenuto v. Statoil ASA, et al.*, No. 13-cv-4142-ALC;
*Karkut v. BP PLC, et al.*, No. 13-cv-4872-ALC

Dear Judge Carter:

As an attorney for Plaintiffs Prime International Trading, Ltd., William Karkut, Patricia Benvenuto, Michael Sevy, Gregory Smith, Port 22, LLC, Atlantic Trading U.S.A., LLC, Xavier Laurens, Christopher Chartier, and Melissinos Eupatrid LP in the above referenced actions, I am writing pursuant to Your Honor's Individual Practices I.G. and 2.C in order to provide a courtesy copy of Plaintiffs' Opposition To Plaintiffs Kevin McDonnell, Anthony Insinga, Robert Michiels, John DeVivo And Neil Taylor's Motion To Be Appointed Lead Plaintiffs And To Appoint Kirby McInerney As Interim Lead Counsel [ECF No. 88].

Thank you very much.

Respectfully submitted,

*/s/ Christopher Lovell*
Christopher Lovell

cc: Counsel of Record (via electronic filing)