UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL                              1:13-md-02475 (ALC)
FUTURES LITIGATION

This document applies to: 1:13-cv-07089; 1:13-cv-08151;
1:13-cv-08179; and 1:13-cv-08270

------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William A. Burck, who is admitted to practice in this Court, respectfully enters his appearance as counsel for defendant Trafigura AG in the above captioned action.

Dated: February 10, 2014

                                               Respectfully submitted,

                                               /s/ *William A. Burck*
                                         William A. Burck
                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
                                         777 Sixth Street NW, 11th Floor
                                         Washington, DC  20001
                                         Telephone: (202) 538-8000
                                         Facsimile: (202) 538-8100
                                         williamburck@quinnemanuel.com

                                         *Attorneys for Defendant Trafigura AG*