# Vinson&Elkins

Karl S. Stern  kstern@velaw.com
**Tel** +1.713.758.3828  **Fax** +1.713.615.5603

February 10, 2014

**BY ECF AND EMAIL [ALCarterNYSDChambers@nysd.uscourts.gov]**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007-1312

Re:   *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13-md-2475-ALC

Dear Judge Carter:

I represent Defendant Phibro Trading L.L.C. ("Phibro") in several cases consolidated for pretrial proceedings in the above-referenced MDL and write to alert the Court to a conflict with the pretrial conference currently scheduled for February 20, 2014. I am scheduled to be in trial in the United States District Court for Southern District of Texas starting Tuesday, February 18, 2014.  The trial is anticipated to last at least until March 14. The case is before The Honorable Judge Kenneth M. Hoyt, and is styled *MM Steel, LP v. Reliance Steel & Aluminum Co. et al*., Case No. 4:12-cv-01227.  Elizabeth Devaney, who has also appeared on behalf of Phibro, will be in trial with me in the case as well.

We respectfully seek the Court's guidance regarding this conflict and a satisfactory resolution. Because we are not sure of the Court's agenda and, therefore, whether it is critical that lead counsel attend the conference, we do not want to simply send another attorney in our stead without first bringing the issue to the Court's attention.

Very truly yours,

s/ Karl S. Stern

Karl S. Stern

Counsel of Record [via email]

**Vinson & Elkins LLP  Attorneys at Law**                                   1001 Fannin Street, Suite 2500
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London        Houston, TX 77002-6760
Moscow  New York  Palo Alto  Riyadh  San Francisco  Tokyo  Washington        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  www.velaw.com