UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In re:

NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

1:13-md-02475 (ALC)

This document applies to: 1:13-cv-07089; 1:13-cv-08151;
1:13-cv-8179; and 1:13-cv-08270.

-------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory A. Markel, who is admitted to practice in this Court, respectfully enters his appearance as counsel for defendant Morgan Stanley in the above captioned action.

Dated: February 11, 2014

Respectfully submitted,

/s/ Gregory A. Markel
Gregory A. Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
gregory.markel@cwt.com

*Attorneys for Defendant Morgan Stanley*