UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:

NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

1:13-md-02475 (ALC)

This document applies to: 1:13-cv-07089; 1:13-cv-08151;
1:13-cv-08179; and 1:13-cv-08270.

------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brian D. Wallach, who is admitted to practice in New York and the District of Columbia, respectfully enters his appearance as counsel for defendant Morgan Stanley in the above captioned action.

Dated: February 11, 2014

        Respectfully submitted,

        /s/ Brian D. Wallach
        Brian D. Wallach
        CADWALADER, WICKERSHAM & TAFT LLP
        700 Sixth Street, N.W.
        Washington, D.C. 20001
        Telephone: (202) 862-2200
        Facsimile: (202) 862-2400
        brian.wallach@cwt.com

        *Attorneys for Defendant Morgan Stanley*