UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In re:

NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION                                                    1:13-md-02475 (ALC)

This document applies to: 1:13-cv-07089; 1:13-cv-08151;
1:13-cv-08179 and 1:13-cv-08270.

-------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anthony M. Mansfield, who is admitted to practice in Massachusetts and the District of Columbia, respectfully enters his appearance as counsel for defendant Morgan Stanley in the above captioned action.

Dated: February 11, 2014

                              Respectfully submitted,

                              /s/ Anthony M. Mansfield
                              Anthony M. Mansfield
                              CADWALADER, WICKERSHAM & TAFT LLP
                              700 Sixth Street, N.W.
                              Washington, D.C. 20001
                              Telephone: (202) 862-2200
                              Facsimile: (202) 862-2400
                              anthony.mansfield@cwt.com

                              *Attorneys for Defendant Morgan Stanley*