UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

**NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION**

1:13-md-02475 (ALC)

NOTICE OF APPEARANCE

**This document applies to:**
*Schindler v. Royal Dutch Shell, PLC, et al*
No. 13-civ-08240

-------------------------------------------------------x

**TO THE CLERK:**

    PLEASE ENTER MY APPEARANCE as counsel for plaintiff Aaron Schindler.

Dated:  February 19, 2014

        /s/ *Merrill G. Davidoff*
        Merrill G. Davidoff (MD4099)
        Berger & Montague, P.C.
        1622 Locust Street
        Philadelphia, PA 19103
        (215) 875-3084
        (215) 875-4671 Fax
        mdavidoff@bm.net

        *Attorney for Plaintiff Aaron Schindler*