UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

**NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION**

This document applies to:
*Schindler v. Royal Dutch Shell, PLC, et al*
No. 13-civ-08240

1:13-md-02475 (ALC)

NOTICE OF APPEARANCE

-------------------------------------------------------x

TO THE CLERK:

    PLEASE ENTER MY APPEARANCE as counsel for plaintiff Aaron Schindler.

Dated:  February 19, 2014

    */s/ Michael C. Dell'Angelo*
Michael C. Dell'Angelo
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (215) 875-3080
Facsimile:  (215) 875-4604
Email:  *mdellangelo@bm.net*

*Attorney for Plaintiff Aaron Schindler*