AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re: North Sea Brent Crude Oil Futures Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   13-md-02475 |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Harter

Date:   02/20/2013

*Attorney's signature*

Peter Safirstein, PS6176
*Printed name and bar number*

Morgan & Morgan, P.C.
28 W. 44th Street, Suite 2001
New York, NY 10036
*Address*

psafirstein@forthepeople.com
*E-mail address*

(212) 564-1637
*Telephone number*

(212) 564-1807
*FAX number*