UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                               :
                                                     :
NORTH SEA BRENT CRUDE OIL                            :       1:13-md-02475 (ALC)
FUTURES LITIGATION                                   :
                                                     :       **ORDER**
This document applies to:   13-cv-07443              :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      For the reasons stated at the initial pretrial conference on February 20, 2014, Harter v. BP PLC, et al. (13-cv-07443) will not be consolidated with the remaining cases falling under this multidistrict litigation.   Instead, it shall be marked as related and the proceedings will be coordinated with that of the lead case.

**SO ORDERED.**

Dated:   February 21, 2014

        New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**