UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION<br><br>This document applies to: 1:13-cv-07443, 1:13-cv-03473, 1:13-cv-03587, 1:13-cv-3944, 1:13-cv-4142, 1:13-cv-4553, 1:13-cv-4872, 1:13-cv-4938, 1:13-cv-5577, 1:13-cv-07089, 1:13-cv-8151, 1:13-cv-8030, 1:13-cv-08179, 1:13-cv-08240, 1:13-cv-8270 | : 1:13-MD-2475(ALC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Timothy L. Moorehead, who is admitted *pro hac vice*[1] in the above-captioned action, respectfully enters his appearance as counsel for defendant BP p.l.c. in the above-captioned action.

Dated: February 21, 2014

                                                Respectfully submitted,

                                                /s/ Timothy L. Moorehead
                                                Timothy L. Moorehead
                                                Managing Counsel
                                                BP Legal Global Litigation
                                                BP America Inc.
                                                501 Westlake Park Blvd
                                                WL1 - 17.160
                                                Houston, TX 77079
                                                Direct: 281-504-9158
                                                *Attorney for Defendant BP p.l.c.*

---

[1] In accordance with the terms of this Court's Order dated January 15, 2014 (ECF No. 78), counsel was provisionally admitted *pro hac vice* upon application for an ECF login and password.