AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: North Sea Brent Crude Oil Futures | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-md-02475 |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Harter

Date:  02/25/2014

*Attorney's signature*

John R. Edwards, NC State Bar No 7706
*Printed name and bar number*

Edwards Kirby, LLP
3201 Glenwood Ave, Suite 100
Raleigh, NC  27612

*Address*

jedwards@edwardskirby.com
*E-mail address*

(919) 780-5400
*Telephone number*

(919) 800-3099
*FAX number*