UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| IN RE:  NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | : : : : : : : | 1: 13-MD-2475(ALC) |
| This document applies to:  1:13-cv-03473, 1:13-cv-03587, 1:13-cv-3944, 1:13-cv-4142, 1:13-cv-4553, 1:13-cv-4872, 1:13-cv-4938, 1:13-cv-5577, 1:13-cv-07089, 1:13-cv-8151, 1:13-cv-8030, 1:13-cv-08179, 1:13-cv-08240, 1:13-cv-8270 | : : : : : : : : | **NOTICE OF APPEARANCE** |

_____

PLEASE TAKE NOTICE that Elizabeth M. Bradshaw, who is admitted *pro hac vice*[1] in the above-captioned action, respectfully enters her appearance as counsel for defendant BP p.l.c. in the above-captioned action.

Dated:  March 5, 2014

Respectfully submitted,

/s/ Elizabeth M. Bradshaw
Elizabeth M. Bradshaw
Winston & Strawn LLP
35 W. Wacker Drive
Suite 3800
Chicago, Illinois  60601
Direct: (312) 558-6231

*Attorney for Defendant BP p.l.c.*

---

[1] In accordance with the terms of this Court's Order dated January 15, 2014 (ECF No. 78), counsel was provisionally admitted *pro hac vice* upon application for an ECF login and password.