UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION<br><br>This document applies to:<br>ALL CASES | 1:13-md-02475 |

3-14-14

## SCHEDULING ORDER

### RECITALS

WHEREAS, on May 22, 2013, the first of fifteen class action lawsuits in the Southern District of New York and the Middle District of Louisiana alleging related claims were filed by Plaintiffs (Case Nos. 1:13-cv-03473-ALC; 1:13-cv-03587-ALC; 1:13-cv-03944-ALC; 1:13-cv-04142-ALC; 1:13-cv-04553-ALC; 1:13-cv-04872-ALC; 1:13-cv-04938-ALC; 1:13-cv-05577-ALC; 1:13-cv-07089-ALC; 1:13-cv-07443-ALC; 1:13-cv-08151-ALC; 1:13-cv-08030-ALC; 1:13-cv-08240-ALC; 1:13-CV-08179-ALC; 1:13-cv-08270-ALC) (the "Actions");

WHEREAS, on October 21, 2013, the Judicial Panel on Multidistrict Litigation ("JPML") ordered that the Actions be centralized in the Southern District of New York for coordinated or consolidated pretrial proceedings (Case No. 1:13-md-02475-ALC);

WHEREAS, on January 2, 2014, this Court ordered that the Actions "are consolidated for all purposes into 13-md-2475 (ALC)" and ordered plaintiffs to file and serve a consolidated amended complaint;

WHEREAS, on February 20, 2014, this Court held an initial pretrial conference and (1) ordered that Case No. 1:13-cv-07443 (the "Coordinated Landholders' and Leaseholders' Action") would be coordinated rather than consolidated with the remaining cases in this multidistrict litigation; (2) appointed Morgan & Morgan, P.C., Fenet Law, LLC, and Edwards Kirby LLP as interim co-lead counsel for the Coordinated Landholders' and Leaseholders'

Action; (3) appointed Kirby McInerney LLP as interim lead counsel for the remaining consolidated cases in this multidistrict litigation (the "Consolidated Brent Derivative Traders' Actions"); and (4) ordered the parties to submit, by March 6, 2014, a proposed schedule for filing a consolidated amended complaint, and for motions to dismiss the consolidated amended complaint;

NOW, THEREFORE, IT IS HEREBY ORDERED by the Court that:

1. Plaintiffs in the Consolidated Brent Derivative Traders' Actions will file a consolidated amended complaint forty-five (45) days after the Court enters a Scheduling Order.

2. Plaintiffs in the Coordinated Landholders' and Leaseholders' Action will file an amended complaint forty-five (45) days after the Court enters a Scheduling Order.

3. Defendants shall answer, move to dismiss, or otherwise respond to the consolidated amended complaint in the Consolidated Brent Derivative Traders' Actions and the amended complaint in the Coordinated Landholders' and Leaseholders' Action sixty (60) days after their filing.

4. Briefs in opposition to any motions to dismiss will be due sixty (60) days after opening briefs are filed, and reply briefs in further support of any motions to dismiss will be due forty-five (45) days after briefs in opposition are filed.

5. By submitting this [Proposed] Scheduling Order, no party waived any defense, including without limitation defenses based upon an improper party being named or lack of personal jurisdiction.

SO ORDERED this 14 day of March, 2014

HON. ANDREW L. CARTER
United States District Judge