UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION          Plaintiff,

-against-

TRAFIGURA AG

                            Defendant.

---

Case No. 1:13-md-02475-ALC

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**William Anthony Burck**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: wb9069          My State Bar Number is 4015426

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Weil Gotshal & Manges LLP
             FIRM ADDRESS: 1300 Eye St. NW Suite 900 Washington, DC 20005
             FIRM TELEPHONE NUMBER: 202-682-7002
             FIRM FAX NUMBER: 202-857-0940

NEW FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan LLP
             FIRM ADDRESS: 777 6th Street NW 11 Floor Washington, DC 20001
             FIRM TELEPHONE NUMBER: 202-538-8000
             FIRM FAX NUMBER: 202-538-8100

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 4/7/2014

_____
ATTORNEY'S SIGNATURE