UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL    1:13-md-02475 (ALC)
FUTURES LITIGATION

This document applies to: 1:13-cv-07089; 1:13-cv-08151;
1:13-cv-08179; and 1:13-cv-08270

------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen M. Hauss, who is admitted *pro hac vice* to practice in this Court,[1] respectfully enters his appearance as counsel for defendant Trafigura Beheer B.V. in the above captioned action.

Dated: April 16, 2014

                                              Respectfully submitted,

                                              /s/ *Stephen M. Hauss*
                                          Stephen M. Hauss
                                          QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
                                          777 Sixth Street NW, 11th Floor
                                          Washington, DC  20001
                                          Telephone: (202) 538-8000
                                          Facsimile: (202) 538-8100
                                          stephenhauss@quinnemanuel.com

                                          *Attorneys for Defendant Trafigura Beheer B.V.*

---

[1] In accordance with the terms of this Court's Order dated January 15, 2014 (ECF No. 78), counsel was provisionally admitted *pro hac vice* upon application for an ECF login and password.