UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL                         1:13-md-02475 (ALC)
FUTURES LITIGATION

This document applies to: 1:13-cv-07089; 1:13-cv-08151;
1:13-cv-08179; and 1:13-cv-08270

------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William A. Burck, who is admitted to practice in this Court, respectfully enters his appearance as counsel for defendant Trafigura Beheer B.V. in the above captioned action.

Dated: April 16, 2014

                                                        Respectfully submitted,

                                                        /s/ *William A. Burck*

William A. Burck
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
williamburck@quinnemanuel.com

*Attorneys for Defendant Trafigura Beheer B.V.*