# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
 Roger W. Kirby
 Alice McInerney

April 29, 2014

**Via ECF and Hand Delivery**

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York  10007

      Re:    *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13 MD 02475 (ALC)

Dear Judge Carter:

      We are Interim Lead Counsel for the Brent Derivative Trader Plaintiffs ("Plaintiffs") in the above-captioned litigation.  Enclosed please find courtesy copies of Plaintiffs' Amended Class Action Complaint.  Thank you for your consideration.

      Respectfully submitted,

        */s/ David E. Kovel*

David E. Kovel
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212)371-6600
Fax: (212)751-2540
dkovel@kmllp.com

*Interim Lead Counsel for the Brent Derivative Trader Plaintiffs*

Cc:  Counsel of Record (via electronic filing)

NEW YORK          CALIFORNIA