UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
                                                    :
                                                    :
In re:                                              :
                                                    :
North Sea Brent Crude Oil                           :
Futures Litigation                                  :        13-md-02475 (ALC)
                                                    :
                                                    :
This Document Applies To:                           :
13-cv-03587; 13-cv-03944; 13-cv-04142;              :
13-cv-04553; 13-cv-03473; 13-cv-07089;             :
13-cv-08030; 13-cv-08151; 13-cv-04872;             :
13-cv-04938; 13-cv-05577                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that M. Elaine Johnston of Allen & Overy LLP, a member of this Court in good standing, hereby enters an appearance as counsel for Defendant Mercuria Energy Trading, Inc. in the above-captioned litigation and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with these actions be served on the undersigned.

Dated:  May 22, 2014

                                        Respectfully submitted,


                                        /s/ M. Elaine Johnston
                                        M. Elaine Johnston
                                        ALLEN & OVERY LLP
                                        1221 Avenue of the Americas
                                        New York, NY  10020
                                        Telephone:  212-610-6300
                                        Elaine.Johnston@allenovery.com
                                        *Attorney for Defendant Mercuria Energy Trading, Inc.*