UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
: 
: 
In re: :
: 
North Sea Brent Crude Oil :
Futures Litigation  :   13-md-02475 (ALC)
: 
: 
: 
This Document Applies To: :
13-cv-03587; 13-cv-03944; 13-cv-04142; :
13-cv-04553; 13-cv-03473; 13-cv-07089; :
13-cv-08030; 13-cv-08151; 13-cv-04872; :
13-cv-04938; 13-cv-05577 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John F. Terzaken, who is admitted *pro hac vice* to practice in this Court, respectfully enters his appearance as counsel for Defendant Mercuria Energy Trading, Inc. in the above-captioned litigation. Pursuant to this Court's Order of January 15, 2014 (Dkt. 78), counsel was provisionally admitted *pro hac vice* upon application for an ECF login and password.

Dated: May 22, 2014

                Respectfully submitted,

                /s/ John F. Terzaken
                John F. Terzaken
                ALLEN & OVERY LLP
                1101 New York Avenue NW
                Washington, DC  20005
                Telephone:  202-683-3877
                Facsimile:  202-683-3999
                John.Terzaken@allenovery.com

                *Attorney for Defendant Mercuria Energy Trading, Inc.*