UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| NORTH SEA BRENT CRUDE OIL | : | 13-md-02475 (ALC) |
| FUTURES LITIGATION | : | |
| | : | |
| This Document Applies To: | : | |
| 13-cv-03587; 13-cv-03944; 13-cv-04142; | : | |
| 13-cv-04553; 13-cv-03473; 13-cv-07089; | : | |
| 13-cv-08030; 13-cv-08151; 13-cv-04872; | : | |
| 13-cv-04938; 13-cv-05577 | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Mercuria Energy Trading, Inc. (METI), by and through its undersigned counsel, states the following:

METI is a wholly owned subsidiary of Mercuria Energy Company, LLC, which is a wholly owned subsidiary of Mercuria Energy Trading B.V., which is a wholly owned subsidiary of Mercuria Energy Group Holding SA. The ultimate parent entity is Mercuria Energy Group Ltd. No publicly held corporation owns 10% or more of METI's stock.

Dated:  May 22, 2014

                                       Respectfully submitted,

                                       ALLEN & OVERY LLP

                                       By:  /s/ John F. Terzaken
                                       John F. Terzaken
                                       Molly A. Kelley
                                       1101 New York Avenue NW
                                       Washington, DC  20005
                                       Telephone:  202-683-3884
                                       Facsimile:  202-683-3999
                                       John.Terzaken@allenovery.com
                                       Molly.Kelley@allenovery.com

                                       M. Elaine Johnston
                                       1221 Avenue of the Americas
                                       New York, NY 10020
                                       Telephone:  212-610-6300
                                       Elaine.Johnston@allenovery.com

                                       *Attorneys for Defendant Mercuria Energy Trading, Inc.*