UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
                                    :
                                    :
                                    :
In re:                              :
                                    :
North Sea Brent Crude Oil           :
Futures Litigation                  :   13-md-02475 (ALC)
                                    :
                                    :
This Document Applies To:           :
13-cv-03587; 13-cv-03944; 13-cv-04142;  :
13-cv-04553; 13-cv-03473; 13-cv-07089;  :
13-cv-08030; 13-cv-08151; 13-cv-04872;  :
13-cv-04938; 13-cv-05577            :
----------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Molly A. Kelley, who is admitted *pro hac vice* to practice in this Court, respectfully enters her appearance as counsel for Defendant Mercuria Energy Trading, Inc. in the above-captioned litigation. Pursuant to this Court's Order of January 15, 2014 (Dkt. 78), counsel was provisionally admitted *pro hac vice* upon application for an ECF login and password.

Dated: May 22, 2014

        Respectfully submitted,

        /s/ Molly A. Kelley
        Molly A. Kelley
        ALLEN & OVERY LLP
        1101 New York Avenue NW
        Washington, DC  20005
        Telephone:  202-683-3884
        Facsimile:  202-683-3999
        molly.kelley@allenovery.com

        *Attorney for Defendant Mercuria Energy Trading, Inc.*