UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

This document applies to:   ALL CASES

-----------------------------------------------------------x

1:13-md-02475 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

At the initial pretrial conference on February 20, 2014, the Court appointed Kirby McInerney LLP as Interim Lead Counsel for this action. The Court appointed Morgan & Morgan, P.C., Fenet Law Firm, PLC, and Edwards Kirby, LLP, as Interim Lead Counsel in the coordinated action <u>Harter v. BP PLC, et al.</u> (13-cv-07443). The Court declined to appoint lead plaintiffs. The Court's decision resolved all outstanding motions for appointment of lead plaintiffs and lead counsel in the MDL action and in the coordinated case. The Clerk of Court is respectfully requested to terminate these motions.

**SO ORDERED.**

Dated: May 28, 2014
New York, New York

ANDREW L. CARTER, JR.
United States District Judge