UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: North Sea Brent Plaintiff,
-against-
Crude Oil Futures Litigation
Defendant.

Case No. 13-md-02475

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael M. Buchman
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB-1172 My State Bar Number is 2540219

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Pomerantz LLP
FIRM ADDRESS: 600 Third Avenue
FIRM TELEPHONE NUMBER: 212-661-1100
FIRM FAX NUMBER: 212-661-8665

NEW FIRM:
FIRM NAME: Motley Rice LLC
FIRM ADDRESS: 600 Third Avenue, Suite 2101, NY, NY 10016
FIRM TELEPHONE NUMBER: 212-577-0050
FIRM FAX NUMBER: 212-577-0054

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on ______________ by Judge__________________________.

Dated: 6/3/2014

[signature]
ATTORNEY'S SIGNATURE