**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | 1:13-md-02475 |
| This document applies to: ALL CASES | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/14

**ORDER**

WHEREAS, on March 14, 2014, this Court entered a scheduling order which provided that (1) Plaintiffs in Case No. 1:13-cv-0744 (the "Coordinated Landholders' and Leaseholders' Action"), would file an amended complaint forty-five (45) days after the Court's scheduling order, (2) Plaintiffs in the remaining actions in the above-captioned multidistrict litigation (the "Consolidated Brent Derivative Traders' Actions"), would file a consolidated amended complaint forty-five (45) days after the Court's scheduling order, (3) any answer, motion to dismiss or other response to the consolidated amended complaint in the Consolidated Brent Derivative Traders' Actions and the amended complaint in the Coordinated Landholders' and Leaseholders' Action would be due sixty (60) days after their filing, (4) briefs in opposition to any motions to dismiss would be due sixty (60) days after opening briefs were filed, and reply briefs in further support of any motions to dismiss would be due forty-five (45) days after briefs in opposition were filed and (5) by submitting the proposed scheduling order, no party waived any defense, including without limitation defenses based upon an improper party being named or lack of personal jurisdiction;

WHEREAS, on April 28, 2014, Plaintiffs in the Consolidated Brent Derivative Traders' Actions filed a consolidated amended complaint and Plaintiffs in the Coordinated Landholders' and Leaseholders' Action filed a coordinated amended complaint (collectively, the "Amended Complaints");

WHEREAS, the Amended Complaints name additional defendants who were not parties to any of the previous actions and require additional time to prepare their responses to the Amended Complaints;

WHEREAS, in the interest of efficiency and for the convenience of the Court, Defendants wish to submit, where practicable, joint briefing on any motions to dismiss by the various Defendants;

NOW, THEREFORE, IT IS HEREBY ORDERED by the Court that:

1.      Defendants that have been served or waived service by June 28, 2014 shall have ninety (90) days from the filing of the Amended Complaints to answer, move to dismiss, or otherwise respond to the Amended Complaints.  Defendants, collectively, will be allotted fifty (50) pages for a joint motion to dismiss for each amended complaint, or any alternative allocation that does not exceed the combined page limit.  In addition, each individual defendant (or each group of affiliated or related Defendant entities to the extent they are jointly represented and have been served or have agreed to waive service) may file an additional fifteen (15) pages of supplemental motion to dismiss briefing for each amended complaint, or any alternative allocation that does not exceed that Defendant's or that group's combined page limit.

2.      Reply briefs in further support of any motions to dismiss will be due ~~forty-five~~ thirty ~~(45)~~ 30 days after briefs in opposition are filed.  Defendants, collectively, will be allotted ~~twenty-~~ fifteen 15 ~~five (25)~~ pages for a joint reply for each amended complaint, or any alternative allocation that does not exceed the combined page limit.  In addition, each individual defendant (or each group of affiliated or related Defendant entities to the extent they are jointly represented and have been served or have agreed to waive service) may file an additional ~~ten (10)~~ seven (7) pages of supplemental

briefing in reply for each amended complaint, or any alternative allocation that does not exceed that Defendant's or that group's combined page limit.

3.      By submitting this [Proposed] Order, no party waived any defense, including without limitation, defenses based upon an improper or incorrect party being named or lack of personal jurisdiction.

SO ORDERED this 24 day of ___June___, 2014

_____
HON. ANDREW L. CARTER
United States District Judge