**MEMO ENDORSED**

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
  Roger W. Kirby
  Alice McInerney

Courtesy Copy
Original Filed by ECF
Assigned Document No. 158

June 9, 2014

**VIA ECF AND EMAIL**

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 6/26/14]*

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

    Re:    *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13 MD 02475 (ALC)

Dear Judge Carter:

    We represent Plaintiffs in the Consolidated Brent Derivative Traders' Actions in the above-captioned litigation.[1] Plaintiffs respectfully respond to Defendants' letter motion requesting additional time to respond to the Amended Complaints (as defined in that letter). *See* ECF No. 157. If the Court grants Defendants' request and revises the schedule for motion to dismiss briefing, Plaintiffs respectfully request a number of days equal to those allocated to Defendants to respond to Defendants' motions to dismiss Plaintiffs' Amended Complaint. *See* ECF No. 125 (Plaintiffs' Amended Consolidated Class Action Complaint, referred to here as the "Amended Complaint"). Likewise, although they do not necessarily believe that they will need as many pages as requested by Defendants in their letter (and may jointly brief issues with the coordinated *Harter* action (13-cv-07433)), Plaintiffs respectfully request the option to file a similar number of pages for their memoranda in opposition to Defendants' joint and individual motions to dismiss.[2]

    In addition, Plaintiffs have consulted with Counsel for Defendants regarding Defendants' intention to file a pre-motion conference letter prior to filing their motions to dismiss Plaintiffs' Amended Complaint in accordance with Section 2.A. of Your Honor's Individual Practices. Plaintiffs respectfully request an extension of time to 7 business days, instead of the allowed 3 business days, to respond to any pre-motion conference letters that Defendants file prior to filing their motions to dismiss. Plaintiffs are authorized to represent that Defendants have no objection to this request for additional time, and this is Plaintiffs' first request for extension of such time to respond.

---

[1]    These are plaintiffs in case nos. 13-cv-03473-ALC, 13-cv-03587-ALC, 13-cv-03944-ALC, 13-cv-04142-ALC, 13-cv-04553-ALC, 13-cv-04872-ALC, 13-cv-04938-ALC, 13-cv-05577-ALC, 13-cv-07089-ALC, 13-cv-08030-ALC, 13-cv-08151-ALC, 13-cv-08179-ALC, 13-cv-08240-ALC and 13-cv-08270-ALC.

[2]    To the extent that these memoranda apply to the Amended Complaint in the *Harter* action, Plaintiffs would confer with Harter's counsel and allocate those pages to the briefing in that case.

**Kirby McInerney LLP**
Page 2  Hon. Andrew L. Carter, Jr.
June 9, 2014

      Finally, Plaintiffs further seek at this time to file an Errata and a Corrected Amended Complaint in their case to correct errors in certain Tables located in the Amended Complaint. Plaintiffs' counsel has consulted with counsel for Defendants regarding these corrections, and we can represent that Defendants have no objection to the Errata and the proposed Corrected Amended Complaint. The Errata that Plaintiffs intend to file is attached hereto as Exhibit "A" for Your Honor's review.

      Therefore, Consolidated Derivative Trader Plaintiffs respectfully request that the Court: 1) grant Plaintiffs an extension of time and page limits to respond to Defendants' motions to dismiss equal to the number of days and pages that the Court allows for Defendants' memoranda in support of their motions to dismiss Plaintiffs' Amended Complaint; 2) grant an extension from 3 business days to 7 business days to respond to any pre-motion conference letters that Defendants file in connection with their motions to dismiss Plaintiffs' Amended Complaint; and 3) grant permission to file an Errata and Corrected Amended Complaint. We appreciate Your Honor's consideration of these matters.

      Respectfully submitted,

      */s/ David E. Kovel*

David E. Kovel
Lauren Wagner Pederson
Thomas W. Elrod
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212)371-6600
Fax: (212)751-2540
dkovel@kmllp.com
lpederson@kmllp.com
telrod@kmllp.com

*Interim Lead Counsel for the Brent Derivative Trader Plaintiffs*

Cc: Counsel of Record (via electronic filing)

*[Handwritten note:]* Plaintiffs' first and third requests are granted. Plaintiffs' second request is moot and therefore denied. The Court has already provided a briefing schedule and will not entertain requests for a pre-motion conference.

SO ORDERED.

*/s/ Andrew L. Carter*
6/26/14