UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | : : : | 1:13-md-02475 (ALC) |
| This document applies to : ALL CASES | : : : : | **NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE** that Stroock & Stroock & Lavan, LLP, 180 Maiden Lane, New York, New York, 10038-4982, through the undersigned counsel, who are admitted to practice in this Court, respectfully enters its appearance as counsel of record for Defendant Hess Energy Trading Company, LLC ("HETCO") in the above-captioned consolidated actions.

Dated: July 24, 2014
       New York, New York

                              STROOCK & STROOCK & LAVAN LLP

                              By:    s/ Melvin A Brosterman
                                      Melvin A. Brosterman

                                      Francis C. Healy
                                      David J. Kahne

                              180 Maiden Lane
                              New York, New York 10038
                              Tel: (212) 806-5400
                              Fax: (212) 806-6006
                              mbrosterman@stroock.com
                              fhealy@stroock.com
                              dkahne@stroock.com

                              *Attorneys for Defendant Hess Energy Trading Company, LLC*