UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | : : : | 1:13-md-02475 (ALC) |
| This document applies to : ALL CASES | : : : | **RULE 7.1 DISCLOSURE** <u>**STATEMENT**</u> |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Hess Energy Trading Company, LLC ("HETCO"), a non-governmental corporation, certifies that (i) Hess Corporation, a publicly held corporation owns 50% of the voting interest of HETCO.  No other publicly held corporation owns 10% or more of the stock or voting interest of HETCO.

Dated:  July 24, 2014
       New York, New York

                        STROOCK & STROOCK & LAVAN LLP

                        By:   <u>s/ Melvin A Brosterman</u>
                                Melvin A. Brosterman

                        180 Maiden Lane
                        New York, New York 10038
                        Tel: (212) 806-5400
                        Fax: (212) 806-6006

                        *Attorneys for Defendant Hess Energy Trading Company, LLC*