AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

RECEIVED
2013 OCT -3 P 9 23
U S DISTRICT COURT SDNY

KEVIN McDONNELL, ANTHONY INSINGA, ROBERT MICHIELS, and JOHN DEVIVO on behalf of themselves and all others similarly situated,

*Plaintiff*

v.

ROYAL DUTCH SHELL PLC, BP PLC, STATOIL ASA, MORGAN STANLEY, TRAFIGURA BEHEER BV, TRAFIGURA AG, et al.

*Defendant*

13 CV 7089

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David E. Kovel
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 0 3 2013

RUBY J. KRAJICK
*Signature of Clerk or Deputy Clerk*

## ATTACHMENT

**ROYAL DUTCH SHELL PLC**  THE NETHERLANDS
Carel van Bylandtlaan 30
The Hague, 2596 HR
The Netherlands

**BP PLC**  UNITED KINGDOM
1 St. Jame's Square
London, SW1Y 4PD
United Kingdom

**STATOIL ASA**  NORWAY
Forusbeen 50
Stavanger, N-4035
Norway

**MORGAN STANLEY**  NEW YORK COUNTY
1585 Broadway
New York, New York 10036

**TRAFIGURA BEHEER BV**  THE NETHERLANDS
20th Floor ITO Tower
Gustav Mahlerplein 102
1082 MA Amsterdam
The Netherlands

**TRAFIGURA AG**  SWITZERLAND
Zurichstrasse 31
Postfach 4268
6002 Lucerne
Switzerland

**PHIBRO TRADING LLC**  FAIRFIELD COUNTY
500 Nyala Farms Road
Westport, Connecticut 06880

**VITOL, S.A.**  SWITZERLAND
Boulevard du Pont d'Arve 28
CH 1205 Geneva
P.O. Box 384
1211 Geneva 4
Switzerland

**JOHN DOES 1-50**  UNKNOWN

AO 440 (Rév. 12/09) Assignation dans une action civile

## TRIBUNAL FÉDÉRAL DE PREMIERE INSTANCE DES ETATS-UNIS

pour le

District sud de New York

REÇU
3 OCT 2013  P 23
TRIBUNAL FÉDÉRAL DE PREMIÈRE
INSTANCE DES É.-U., DISTRICT SUD DE NY

KEVIN McDONNELL, ANTHONY INSINGA, ROBERT ) 
MICHIELS, and JOHN DEVIVO et John Devivo, en leur )
nom personnel et au nom de toutes les personnes dans une )
situation similaire, )
                *Demandeurs* )
)
c. )
)
ROYAL DUTCH SHELL PLC, BP PLC, STATOIL ASA, )
MORGAN STANLEY, TRAFIGURA BEHEER BV, )
TRAFIGURA AG, et autres )
                *Défenderesses* )

**13 CV 7089**

Action civile n°

### ASSIGNATION DANS UNE ACTION CIVILE

À : *(nom et adresse de la partie défenderesse)*  **VOIR CI-JOINT**

    Des poursuites ont été intentées contre vous.

    Dans un délai de 21 jours suivant la signification qui vous est faite de la présente assignation (sans compter le jour de sa réception) — ou dans un délai de 60 jours si vous êtes les Etats-Unis ou un organisme des Etats-Unis, ou un fonctionnaire ou employé des Etats-Unis décrit dans la Règle fédérale de procédure civile 12 (a)(2) ou (3) — vous devez signifier au demandeur une réponse à la plainte ci-jointe ou une requête en vertu de la Règle 12 des Règles fédérales de procédure civile. La réponse ou la requête doit être signifiée au demandeur ou à l'avocat du demandeur dont le nom et l'adresse sont les suivants :   **David E. Kovel**
                                                                         **KIRBY McINERNEY LLP**
                                                                         **825 Third Avenue, 16th Floor**
                                                                         **New York, New York 10022**

    A défaut par vous de répondre, un jugement par défaut sera prononcé contre vous accordant le redressement demandé dans la plainte. Vous devez également déposer votre réponse ou votre requête auprès du tribunal.

                                                                          *[Signature]*
                                                                          *GREFFIER*

Date :    3 octobre 2013                                                 RUBY J. KRAJICK
                                                                               *Signature du greffier ou du greffier adjoint*

## PIÈCE JOINTE

| | |
|---|---|
| **ROYAL DUTCH SHELL PLC**<br>Carel van Bylandtlaan 30<br>La Haye, 2596 HR<br>Pays-Bas | PAYS-BAS |
| **BP PLC**<br>1 St. James Square<br>Londres, SW1Y 4PD<br>Royaume-Uni | ROYAUME-UNI |
| **STATOIL ASA**<br>Forusbeen 50<br>Stavanger, N-4035<br>Norvège | NORVÈGE |
| **MORGAN STANLEY**<br>1585 Broadway<br>New York, New York 10036 | COMTÉ DE NEW YORK |
| **TRAFIGURA BEHEER BV**<br>20$^e$ étage Tour Ito<br>Gustav Mahlerplein 102<br>1082 MA Amsterdam<br>Pays-Bas | PAYS-BAS |
| **TRAFIGURA AG**<br>Zurichstrasse 31<br>Postfach 4268<br>6002 Lucerne<br>Suisse | SUISSE |
| **PHIBRO TRADING LLC**<br>500 Nyala Farms Road<br>Westport, Connecticut 06880 | COMTÉ DE FAIRFIELD |
| **VITOL, S.A.**<br>Boulevard du Pont d'Arve 28<br>CH 1205 Genève<br>BP 384<br>1211 Genève 4<br>Suisse | SUISSE |
| **JOHN DOES 1 à 50** | INCONNU |



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal de première instance

Genève, le 6 mai 2014

NC/594/2014 NC TPI

| Affaire n° | NC/594/2014 |
| Geschäfts-Nr | DEC |
| Affare n. | CASE N°: 1:13-CV-07089-UA |
| Case n° | |
| | à rappeler lors de toute communication |

## RÉCÉPISSÉ – EMPFANGSBESCHEINIGUNG – RICEVUTA
## RECEIP – RECIBO

| | |
|---|---|
| Autorité requérante / Ersuchende Behörde / Autorita richiedente / Issuing Authority / Autoridad requeriente | LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA |
| Nature de la procédure / Art des Verfahrens / Natura della procedura / Nature of proceeding / Naturaleza del procedimiento | |
| Désignation des actes à notifier / Bezeichnung der zuzustellenden Akten / Designazione degli atti da notificare / Indication of the documents to be served / Designación de los autos a notificar | DEC |
| Traduction / Übersetzung / Traduzione / Translation / Traducción | |
| Nom et domicile du destinataire / Name and Wohnort des Empfängers / Nome e domicilio del destinatario / Name and address of receiver / Filiación y dirección del destinatarion | VITOL SA<br>Boulevard du Pont d'Arve 28<br>1205 Genève |
| Nationalité du destinataire / Nationalität des Empfängers / Nazionalità del destinatario / Nationality of receiver / Nacionalidad del destinatario | |
| Date de la notification et signature du destinataire / Datum der Zustellung und Unterschrift des Empfängers / Data della notifica e firma del destinatario / Date of service and signature of receiver / Fecha de la notificación y firma del destinatario | 3/6/14 [signature] |

TPI_NC_002
Envoi simple

Tribunal de première instance
Ouverture du greffe 8h-12h 14h-17h

GAL