UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

This document applies to:  ALL CASES

1:13-md-02475 (ALC)

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, BP p.l.c., by and through its undersigned counsel, states the following:

BP p.l.c. does not have any parent corporations and no publicly-held corporation owns 10% or more of its stock.

Dated:  July 25, 2014

Respectfully submitted,

/s/ Daryl A. Libow
Daryl A. Libow
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 956-7500
Facsimile:  (202) 956-6973
libowd@sullcrom.com
davidoffa@sullcrom.com

Attorneys for BP p.l.c.