UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION<br><br>This document applies to: 13-cv-03473-ALC, 13-cv-03587-ALC, 13-cv-03944-ALC, 13-cv-04142-ALC, 13-cv-04553-ALC, 13-cv-04872-ALC, 13-cv-04938-ALC, 13-cv-05577-ALC, 13-cv-07089-ALC, 13-cv-08030-ALC, 13-cv-08151-ALC, 13-cv-08179-ALC, 13-cv-08240-ALC, and 13-cv-08270-ALC. | :<br>:<br><br>1:13-md-02475 (ALC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daryl A. Libow, who is admitted to practice in this Court, respectfully enters his appearance as counsel for BP America Inc. and BP Corporation North America Inc. in the above-captioned action.

Dated: July 25, 2014

Respectfully submitted,

/s/ Daryl A. Libow
Daryl A. Libow
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 956-6973
libowd@sullcrom.com

Attorney for BP America Inc. and BP Corporation North America Inc.