UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION<br><br>This document applies to: 13-cv-03473-ALC, 13-cv-03587-ALC, 13-cv-03944-ALC, 13-cv-04142-ALC, 13-cv-04553-ALC, 13-cv-04872-ALC, 13-cv-04938-ALC, 13-cv-05577-ALC, 13-cv-07089-ALC, 13-cv-08030-ALC, 13-cv-08151-ALC, 13-cv-08179-ALC, 13-cv-08240-ALC, and 13-cv-08270-ALC. | 1:13-md-02475 (ALC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amanda F. Davidoff, who is admitted to practice in this Court, respectfully enters her appearance as counsel for BP America Inc. and BP Corporation North America Inc. in the above-captioned action.

Dated: July 25, 2014

                                              Respectfully submitted,

                                              /s/ Amanda F. Davidoff
                                              Amanda F. Davidoff
                                              SULLIVAN & CROMWELL LLP
                                              1700 New York Avenue, NW
                                              Washington, D.C. 20006
                                              Telephone: (202) 956-7500
                                              Facsimile: (202) 956-6973
                                              davidoffa@sullcrom.com

                                              Attorney for BP America Inc. and BP Corporation North America Inc.