UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

This document applies to:  13-cv-03473-
ALC, 13-cv-03587-ALC, 13-cv-03944-
ALC, 13-cv-04142-ALC, 13-cv-04553-
ALC, 13-cv-04872-ALC, 13-cv-04938-
ALC, 13-cv-05577-ALC, 13-cv-07089-
ALC, 13-cv-08030-ALC, 13-cv-08151-
ALC, 13-cv-08179-ALC, 13-cv-08240-
ALC, and 13-cv-08270-ALC.

1:13-md-02475 (ALC)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, BP America Inc., by and through

its undersigned counsel, states the following:

BP America Inc. is an indirectly wholly owned subsidiary of BP p.l.c., a publicly

held company.

Dated:  July 25, 2014

Respectfully submitted,

/s/ Daryl A. Libow
Daryl A. Libow
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, D.C.  20006
Telephone:  (202) 956-7500
Facsimile:  (202) 956-6973
libowd@sullcrom.com
davidoffa@sullcrom.com

Attorneys for BP America Inc.