UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION<br><br>This document applies to: 13-cv-03473-ALC, 13-cv-03587-ALC, 13-cv-03944-ALC, 13-cv-04142-ALC, 13-cv-04553-ALC, 13-cv-04872-ALC, 13-cv-04938-ALC, 13-cv-05577-ALC, 13-cv-07089-ALC, 13-cv-08030-ALC, 13-cv-08151-ALC, 13-cv-08179-ALC, 13-cv-08240-ALC, and 13-cv-08270-ALC. | 1:13-md-02475 (ALC) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, BP Corporation North America Inc., by and through its undersigned counsel, states the following:

BP Corporation North America Inc. is an indirectly wholly owned subsidiary of BP p.l.c., a publicly held company.

Dated: July 25, 2014

Respectfully submitted,

/s/ Daryl A. Libow
Daryl A. Libow
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 956-6973
libowd@sullcrom.com
davidoffa@sullcrom.com

Attorneys for BP Corporation North America Inc.