**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

NORTH SEA BRENT CRUDE OIL FUTURES                    1:13-md-02475-ALC
LITIGATION

## [PROPOSED] ORDER

This __ day of _____, _____, the Court, upon consideration of Trafigura A.G. and Trafigura Beheer B.V.'s Motion to Dismiss the Amended Consolidated Class Action Complaint and the Amended Class Action Complaint, the papers filed in support thereof and in opposition thereto, and the arguments of the parties, hereby **ORDERS** that Trafigura A.G. and Trafigura Beheer B.V.'s Motion to Dismiss is **GRANTED**.

The Court hereby **DISMISSES** the Amended Consolidated Class Action Complaint (Case Nos. 1:13-cv-03473, 1:13-cv-03587, 1:13-cv-03944, 1:13-cv-04142, 1:13-cv-04553, 1:13-cv-04872, 1:13-cv-04938, 1:13-cv-05577, 1:13-cv-07089, 1:13-cv-08030, 1:13-cv-08151, 1:13-cv-08179, and 1:13-cv-08240, and 1:13-cv-08270), and the Amended Class Action Complaint (Case No. 1:13-cv-7443) as to Trafigura A.G. and Trafigura Beheer B.V. **WITH PREJUDICE**.

_____
Honorable Andrew L. Carter, U.S.D.J.