UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

This document applies to:
ALL CASES

1:13-md-02475-ALC

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Trafigura A.G. ("TAG"), by and through its undersigned counsel, submits the following corporate disclosure statement:

TAG's ultimate parent corporation is Farringford N.V. No publicly held entity owns 10% or more of any of the listed entities.

Dated: July 28, 2014

Respectfully submitted,

By: _____
William A. Burck
Stephen M. Hauss

Quinn Emanuel Urquhart & Sullivan
777 6th Street, N.W., 11th Floor
Washington, D.C. 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile (212) 849-7100
williamburck@quinnemanuel.com
stephenhauss@quinnemanuel.com

*Attorneys for Trafigura A.G.*