# WILMERHALE

Robert W. Trenchard

+1 212 230 8867 (t)
+1 212 230 8888 (f)
robert.trenchard@wilmerhale.com

October 22, 2014

VIA ECF

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *In re North Sea Brent Crude Oil Futures Litigation*, No. 13-md-2475 (ALC); *Harter c. BP PLC et al*, No. 1:13-cv-07443 (ALC)

Dear Judge Carter,

I write on behalf of Statoil ASA and Statoil U.S. Holdings Inc.  We here provide the Court with a copy of a Corrected Declaration of Chris L. Culp, Ph.D. in Support of Statoil's July 28, 2014 Motion to Dismiss the Complaints for Lack of Subject Matter Jurisdiction Under the Foreign Sovereign Immunities Act and for Failure to State a Claim (D.I. 203).  The corrections are:

- At the end of the last sentence of paragraph 32, the words "at settlement" have been inserted.
- In the first sentence of paragraph 79, the words "at settlement" have been inserted after "calculate variation margin."
- In the first sentence of paragraph 81, the words "(to the extent that it even is)" has been inserted after "ICE Brent Index."
- In the second sentence of paragraph 86, the word "exclusively" has been deleted.  In the third sentence, "25-day Dated Brent" has been replaced with "25-day Forward Brent."

WILMERHALE

October 22, 2014
Page 2

These corrections were provided to counsel for Plaintiffs and the other Defendants during Dr. Culp's deposition on October 7, 2014.  Please do not hesitate to contact me if you have any questions.

Sincerely,


/s/ Robert W. Trenchard
Robert W. Trenchard


Enclosure

cc:  All counsel of record via ECF