# **APPENDIX A**

VITA

# H. Nejat Seyhun

Ross School of Business
University of Michigan  (734) 763-5463 (W)
701 Tappan Ave.  (734) 936-8715 (Fax)
Ann Arbor, MI 48109-1234  nseyhun@umich.edu

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 1984 | University of Rochester, Graduate School of Management, Rochester, NY, 14627 |
| M.S. | 1981 | University of Rochester, Graduate School of Management, Rochester, NY, 14627 |
| B.S.E.E. | 1976 | Northwestern University, Electrical Engineering, Evanston, IL, 60201. |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1998- present | Jerome B. and Eilene M. York Professor of Business Administration, Ross School of Business, University of Michigan, Ann Arbor, MI |
| 2005- present | Director, Financial Engineering, College of Engineering, University of Michigan, Ann Arbor, MI, (interim, 2005-2007) |
| 1993-present | Professor of Finance, Ross School of Business, University of Michigan, Ann Arbor, MI |
| 2000-2001 | Visiting Professor of Finance, Koc University, Istanbul, Turkey |
| 1994 | Visiting Professor of Finance, WHU, Koblenz, Germany |
| 1991-1993 | Associate Professor of Finance, Ross School of Business, University of Michigan, Ann Arbor, MI |
| 1992 | Visiting Associate Professor of Finance, University of Chicago, Chicago, IL |
| 1988-1989 | Visiting Assistant Professor of Finance, University of Chicago, Chicago, IL |
| 1984-1991 | Assistant Professor of Finance, Ross School of Business, University of Michigan, Ann Arbor, MI |
| 1983-1984 | Lecturer, Ross School of Business, University of Michigan, Ann Arbor, MI |
| 1982-1983 | Associate Lecturer, University of Rochester, Rochester, NY |

**RESEARCH PUBLICATIONS**

Seyhun, H. Nejat, "Insiders' Profits, Costs of Trading, and Market Efficiency," 1986, The Journal of Financial Economics, 16, 189-212.  Also in Proceedings of the Seminar on the Analysis of Security Prices, May 1985.  Reprinted in Empirical Research in Capital Markets, 1992, 268-291, G. William Schwert and Clifford W. Smith, eds., McGraw-Hill Series in Advanced Topics in Finance and Accounting, McGraw-Hill, Inc. New York.  Presented at University of Chicago, Michigan, Pennsylvania, Rochester, Southern California, and Northwestern, Vanderbilt and Washington University.  This paper is selected as an All Star paper by the Journal of Financial Economics based on citation count.

Seyhun, H. Nejat, "A Test of Noisy Rational Expectations Equilibrium:  Evidence from Insider Trading," in Proceedings of the Seminar on the Analysis of the Security Prices, November 1986, 35, 2, 187-221.  Presented at University of Chicago.

Seyhun, H. Nejat, "The Information Content of Aggregate Insider Trading," 1988, The Journal of Business, 61, 1-24.  Presented at University of Michigan.

Seyhun, H. Nejat, "January Effect and Aggregate Insider Trading," 1988, The Journal of Finance, 43, 129-141.  Presented at University of Michigan.

Kaul, Gautam and H. Nejat Seyhun, "Relative Price Variability, Real Shocks, and the Stock Market," 1990, The Journal of Finance, 45, 479-496.  Presented at University of Michigan, Western Finance Association Meetings Meeting at Napa and European Finance Association meeting in Istanbul, 1988.

Chaplinsky, Susan and H. Nejat Seyhun, "Dividends and Taxes:  Evidence on Tax Reduction Strategies," 1990, The Journal of Business, (April), 63, 239-260.  Presented at University of Michigan and Western Finance Association meetings in San Diego 1987.

Seyhun, H. Nejat, "Do Bidder Managers Knowingly Pay Too Much for the Target Firms," 1990, The Journal of Business, (October), 63, 439-464.  Presented at University of Michigan.

Seyhun, H. Nejat, "Overreaction or Fundamentals:  Some Lessons From Insiders' Response to the Market Crash of 1987," 1990, The Journal of Finance, (December), 45, 1363-1388.  Also in Proceedings of the Seminar on the Analysis of Security Prices, May 1990.  Presented at University of Chicago, University of Michigan and University of Texas (Austin).

Seyhun, H. Nejat, "Effectiveness of Insider Trading Sanctions," 1992, The Journal of Law and Economics, (April), 35 (1), 149-182.  Presented at a Law and Economics seminar at University of Michigan.

Seyhun, H. Nejat, "Why Does Aggregate Insider Trading Predict Future Stock Returns?," 1992, Quarterly Journal of Economics, (November), 107, no.4, 1303-1331.  Presented at University of Chicago, University of Oregon, University of Washington and Ohio State University.

Seyhun, H. Nejat, "Can Omitted Risk Factors Explain the January Effect: A Stochastic Dominance Approach," 1993, Journal of Financial and Quantitative Analysis, (June), 28,2, 195-212.  Presented at University of Michigan.

Seyhun, H. Nejat and Douglas J. Skinner, "How Do Taxes Affect Investors' Stock Market Realizations?  Evidence from Tax-Return Panel Data," 1994, The Journal of Business. (April), 67, 231-62.  Presented at University of Michigan.

**RESEARCH PUBLICATIONS (CONTINUED)**

Seyhun, H. Nejat and Michael H. Bradley, "Corporate Bankruptcy and Insider Trading," <u>The Journal of Business</u>, 1997 (April), 189-216.  Presented at University of Michigan and Arizona State University.

Bernard, Victor and H. Nejat Seyhun, "Does Post-Earnings-Announcement Drift in Stock Prices Reflect a Market Inefficiency:  A Stochastic Dominance Approach," <u>Review of Quantitative Finance and Accounting,</u> 1997, 9, 17-34.

Amin, Kaushik, Joshua Coval, and H. Nejat Seyhun, "Index Option Prices and Stock Market Momentum," October 2004, <u>The Journal of Business</u>, 77, 4, 835-873.  Presented at Arizona State University, University of Michigan, Koc University, North Carolina State University, NBER Conference on Behavioral Finance, University of Pennsylvania and Windsor University.

Narayanan, M. P., Cindy A. Schipani, and H. Nejat Seyhun, 2007, "The Economic Impact of Backdating of Executive Stock Options," <u>Michigan Law Review</u>, 105, 8, 1597-1641.  Presented at the University of Michigan, Ross School Business and Law School.

Narayanan, M. P. and H. Nejat Seyhun, 2008, "Dating Games:  Do Managers Designate Grant Dates to Increase their Compensation," <u>Review of Financial Studies</u>, 21, 5, 1907-1945.  Presented at the University of Michigan.

Seyhun, H. Nejat, 2008, "Insider Trading and the Effectiveness of Chinese Walls in Securities Firms," <u>Journal of Law, Economics and Policy</u>, 4, 2, 369-407.  Presented at the University of Michigan, George Mason University and Istanbul Stock Exchange.

Inci, Ahmet Can, Biao Lu, and H. Nejat Seyhun, 2010, "Intraday Behavior of Stock Prices and Trades around Insider Trading," <u>Financial Management</u>.  Presented at the Western Finance Association meetings, The U.S. Securities and Exchange Commission, Istanbul Stock Exchange, University of Michigan, Koc University and Marmara University.

Hartzmark, Michael, Cindy A. Schipani, and H. Nejat Seyhun, 2011, "Fraud on the Market:  Analysis of the Efficiency of the Corporate Bond Market," <u>Columbia University Business Law Review,</u> No. 3, 654-716. Presented in International Academy of Business and Public Administration Discipline conference in Honolulu in July 2011.

Inci, Ahmet Can and H. Nejat Seyhun, 2012, "How do Quotes and Prices Evolve around Isolated Informed Trades?" <u>Journal of Economics and Finance,</u> 36, 2, pp. 499-519.  Earlier versions presented at the Western Finance Association meetings, The U.S. Securities and Exchange Commission, Istanbul Stock Exchange, University of Michigan, Koc University and Marmara University.

Hartzmark, Michael and H. Nejat Seyhun, 2012, "The Curious Incidence of the Dog that Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," <u>Virginia Law & Business Review</u>, Winter 2012, volume 6, no 3, 415-466.

Seyhun, H. Nejat and Xuewu Wang, 2012, "Return predictability and Stock Option prices," <u>International Research Journal of Applied Finance,</u> Volume III, issue 2, pp. 171-205.  Presented at the University of Michigan, Koc University, Izmir Economics University, Bogazici University and Ozyegin University.

Anginer, Deniz, M.P. Narayanan, Cindy A. Schipani, and H. Nejat Seyhun, 2012, "Should Size Matter When Regulating Firms? Implications from Backdating of Executive Options," <u>New York University Journal on Legislation and Public Policy, volume 15, number 1, pp. 1-44</u>.   Presented at Academy of Legal Studies in Business national meeting conference in New Orleans. A previous version of the paper is published as: "One Size Does Not Fit All:  Implications for Public Policy from the Stock Options Backdating Scandal," in the 2011 Proceedings of the Academy of Legal Studies in Business.

Hartzmark, Michael and H. Nejat Seyhun, 2014, "Understanding the Efficiency of the Market for Preferred Stock," <u>Virginia Law & Business Review</u>, forthcoming.

**BOOK AND BOOK CHAPTERS**

Seyhun, H. Nejat, <u>Investment Intelligence from Insider Trading</u>, MIT Press, Cambridge, MA, 1998, 2000 (ISBN=0-262-19411-2).  Presented at University of Michigan, Istanbul Stock Exchange (IMKB), and Turkish Capital Markets Board (SPK), Ankara, Turkey.

Beny, Laura and H. Nejat Seyhun, 2013, "Has Insider Trading Become More Rampant in the United States? Evidence from Takeovers," in <u>Insider Trading Research Handbook</u>, by Stephen Bainbridge, ed., Elgar Publishing.

**WORKING PAPERS AND OTHER PUBLICATIONS**

Stock Market Extremes and Portfolio Performance", November 2005.  Published manuscript by Towneley Capital.

"Does Insider Trading Enhance Market Efficiency," working paper, March 2004, with Thomas George.  Presented at University of Michigan, Harvard University, Ohio State University, and Western Finance Association Meetings.

 "Is Book-to-Market Ratio a Risk Factor? " working paper, February 2012, University of Michigan.  Presented at the University of Michigan.

"Do managers influence their pay:  Evidence from stock price reversals around executive option grants,' with M.P. Narayanan, working paper, January 2005, University of Michigan. Presented at the University of Michigan.

"Effect of Sarbanes-Oxley Act on the Influencing of Executive Compensation," with M.P. Narayanan, working paper, November 2005, University of Michigan. Presented at the University of Michigan.

"Should Pension Funds Have Independent Fiduciaries?" with MP Narayanan, working paper, June 2005, Presented at the University of Michigan.

"Stock Price Reaction to Introduction of Single Stock Futures," with Amiyatosh Purnanandam, working paper, May 2007.  Presented at the University of Michigan.

 "Do Short Sellers Trade on Private Information or False Information?" with Amiyatosh Purnanandam, working paper, September 2010.  Presented at the University of Michigan, Istanbul Stock Exchange, Koc University, Ozyegin University, Bilkent University, and Bogazici University.

"Are Women Executives Disadvantaged," with M.P. Narayanan, working paper, September 2010, presented at the University of Michigan.

"Do Underwriters Collaborate with Venture Capitalists in IPOs? Implications and Evidence," with Gerard Hoberg of University of Maryland, working paper, March 2011, Presented at AFA meetings in Boston, Koc University, Southern Methodist University (an earlier version) and the University of Michigan.


**SELECTED PRESS APPEARANCES**


Washington Post, May 9, 2014, "Corporations Can't Stop Gobbling up Their Own Stock," http://www.washingtonpost.com/business/corporations-cant-stop-gobbling-up-their-own-stock/2014/05/09/83c8ddb0-d6e6-11e3-aae8-c2d44bd79778_story.html

Wall Street Journal, March 15, 2014, "Insiders are Bearish:  Does that Bode Badly for the Stock Market", http://online.wsj.com/news/articles/SB10001424052702303546204579435570595883600?KEYWORDS=insider&mg=reno64-wsj

Market Watch, March 4, 2014, "Corporate Insider Bearishness at pre-2008 crash levels", http://www.marketwatch.com/story/corporate-insider-bearishness-at-pre-2008-crash-levels-2014-03-04

Barron's, November 20, 2013, "Red Flags for Stocks", http://online.barrons.com/article/SB50001424053111904253404579208490897321318.html

Wall Street Journal, September 7, 2013, "Leading Indicators for Investors:  Corporate Spinoffs, share buybacks, insider buying and stock splits can all signal what insiders think," http://online.wsj.com/article/SB10001424127887323893004579056952470346982.html?KEYWORDS=leading+indicators

Wall Street Journal, July 11, 2013, "Corporate Insiders Shift from Buy to Sell as Bankruptcy Nears," http://online.wsj.com/article/SB10001424127887324188604578545814185402382.html?KEYWORDS=bankruptcy

Wall Street Journal, June 21, 2013, "One Reason to Feel Good About Stocks Now," http://online.wsj.com/article/SB10001424127887323300004578557471098268576.html?KEYWORDS=stock+investing

Detroit Free Press, April 25, 2013, Compensation for top GM execs rose in 2012; Akerson Received $11.1M,", http://www.freep.com/article/20130425/BUSINESS/304250105/Compensation-top-GM-execs-rose-2012-Akerson-received-11-1M

Market Watch, March 15, 2013 "Ignore Mega sales by Mega-shareholders?"
http://www.marketwatch.com/story/ignore-megasales-by-mega-shareholders-2013-03-15

Wall Street Journal, March 15, 2013 "Company Insiders Are Dumping Shares! Or Are They?"
http://online.wsj.com/article/SB10001424127887324392804578360803390578678.html

Wall Street Journal, February 8, 2013 "If Executives Aren't Buying Shares, Should You Be Selling?"
http://online.wsj.com/article/SB10001424127887324906004578290273140548496.html

Wall Street Journal, December 13, 2012 "Trading Plans Under Fire"
http://online.wsj.com/article/SB10001424127887324296604578177734024394950.html

SmartMoney.com, May 24, 2012 "Insiders Keep Bull Market Going"
http://www.smartmoney.com/invest/stocks/insiders-keep-bull-market-going-1337887037518/

CBS Market Watch, December 7, 2011, "Those Bullish Corporate Insiders"
http://www.marketwatch.com/story/those-bullish-corporate-insiders-2011-12-07

Wall Street Journal, October 24, 2011 "Stocks the Insiders Are Buying"
http://online.wsj.com/article/SB70001424053111904900904576555143380517596.html

Washington Post, August 23, 2011, "As Investors Panic, CEOs Vote with Their Wallets for Local Companies," http://www.washingtonpost.com/business/economy/as-investors-panic-ceos-vote-with-their-wallets-for-local-companies/2011/08/17/gIQA1DpRXJ_story.html

Time, July 29, 2011 "The Folly Of Trying To Time The Market"
http://business.time.com/2011/07/29/the-folly-of-trying-to-time-the-market/

CBS National, July 22, 2011, "Borders Goes Out of Business."

NBCDFW.com, February 16, 2011 "Clearance Sale Possible as Borders Shutters 7 DFW Locations"
http://www.nbcdfw.com/news/business/Borders-to-Close-7-N-Texas-Locations-116340614.html

Washington Post, February 16, 2011 "Borders files for Ch. 11 bankruptcy protection"
http://www.washingtonpost.com/wp-dyn/content/story/2011/02/16/ST2011021601935.html

The Motley Fool, December 21, 2010, "Insiders are Selling Micron at the Wrong Time, Wrong Price," http://www.fool.com/investing/general/2010/12/21/insiders-are-selling-micron-at-the-wrong-time-wron.aspx?source=isesitlnk0000001&mrr=0.50 , also see
http://www.fool.com/search/solr.aspx?dataSource=article&page=2&q=seyhun&scope=all&sort=score&source=isesitbut0000001

New York Times, February 27, 2010, "More Often Than Not, the Insiders Get It Right"
http://www.nytimes.com/2010/02/28/your-money/28stra.html?_r=0

CNBC, December 9, 2009, "Buy and Hold Works,"

http://www.cnbc.com/id/34349899/site/14081545

Money Morning, November 23, 2009 "Insights on Insiders: Buying and Selling by Executives and other Corporate Insiders Can Give Investors a Profitable Advantage"
http://moneymorning.com/2009/11/23/insider-buying-and-selling/

Barron's, November 10, 2009, "The Inside Skinny on Insider Trading,"
http://online.barrons.com/article/SB125746485685332265.html

Business Week, July 23, 2009, "Investing: Profiting from Insider Moves,"
http://www.businessweek.com/magazine/content/09_31/b4141058574438.htm

Barron's, October 10, 2008, "The Problem of Forced Insider Sales,"
http://online.barrons.com/article/SB122454002913451749.html

New York Times, October 9, 2008, "Switching to Cash May Feel Safe, but Risks Remain"
http://www.nytimes.com/2008/10/09/business/yourmoney/09money.html?pagewanted=print

Barron's, April 21, 2008 "Where to Track Insider Money Flows"
http://online.barrons.com/article/SB120855866856627663.html

New York Times, March 23, 2008, "Insiders, at Least, See Reason to Smile"
http://www.nytimes.com/2008/03/23/business/23stra.html?pagewanted=print

Wall Street Journal, October 14, 2007 "Looking Back, Persistence Is the Lesson"
http://online.wsj.com/article/SB119230932120258394.html

CNBC, September 10, 2007, Live Interview with Erin Burnett.

New York Times, August 12, 2007, "The Insiders Aren't So Bearish, After All"
http://www.nytimes.com/2007/08/12/business/yourmoney/12stra.html

New York Times, August 10, 2007, "Time to sell or what? Maybe check an 'insider' index"
http://www.nytimes.com/2007/08/10/your-money/10iht-mcolumn11.1.7070474.html

Business Week, March 18, 2007, "The SEC is Eyeing Insider Stock Sales,"
http://www.businessweek.com/stories/2007-03-18/the-sec-is-eyeing-insider-stock-sales

Wall Street Journal, February 21, 2007 "Highs Don't Slow Buyers"
http://online.wsj.com/article/SB117202086291014338.html

Barron's, February 1, 2007, "The True Investment Mood of Insiders,"
http://online.barrons.com/article/SB117035997076995127.html

Washington Post, January 27, 2007 "Research firm hunts for clues in insider sales"
http://www.washingtonpost.com/wp-dyn/content/article/2007/01/26/AR2007012601184.html

USA Today, November 21, 2006, "Fortunate Ones"
http://usatoday30.usatoday.com/printedition/money/20061121/cyberonics.art.htm

Business Week, November 5, 2006, "Not As Random As It Looks,"
http://www.businessweek.com/stories/2006-11-05/not-as-random-as-it-looks

Business Week, September 11, 2006, "Broadcom's Options Bombshell."

Business Week, September 9, 2006,"The Politics of Options,"

Chicago Tribune, September 7, 2006, "Lawmakers Mull Elimination of Options Deduction,"
http://articles.chicagotribune.com/2006-09-07/business/0609070220_1_stock-options-backdating-options-unintended-consequences

Barron's, September 7, 2006, "Backdating Options Hurts Investors,"
http://online.barrons.com/article/SB115765366658556559.html

Los Angeles Times, September 7, 2006,"Markets: Senators Cite Law's Failure to Curb Pay Excess".
http://articles.latimes.com/2006/sep/07/business/fi-options7

Business Week, September 6, 2006, "Feds Say They are Targeting Stock options,"
http://www.accessmylibrary.com/coms2/summary_0286-17556452_ITM

New York Times, September 6, 2006, "Report Estimates the Costs of a Stock Options Scandal"
http://www.nytimes.com/2006/09/06/business/06options.html

CFO, July 2006, "Backdaters Get Clocked".
http://170.224.17.167/printable/article.cfm/7154298?f=options

New York Times, July 26, 2006, "Behind the Stock Options Uproar".

New York Times, July 26, 2006, "Turning Back The Clock On Backdating"
http://query.nytimes.com/gst/fullpage.html?res=9806E1DA153FF935A15754C0A9609C8B63

Financial Times, July 21, 2006, "Companies Bid Their Time over Stock-Option Awards Scandal"

New York Times, July 16, 2006, "No Rain on the Stock Options Parade"
http://www.nytimes.com/2006/07/16/business/yourmoney/16stra.html?pagewanted=print

Washington Post, June 14, 2006, "A Crackdown on Perfect Timing".
http://www.washingtonpost.com/wp-dyn/content/article/2006/06/13/AR2006061301770.html

Barron's, April 4, 2006, "Recent Insider Selling Re-Examined,"
http://online.barrons.com/article/SB114432890906118804.html

Wall Street Journal, May 15, 2006 "Filing Footnote: This Insider Sale Helps Hedge Bets"
http://online.wsj.com/article/SB114765404586752588.html

The Times of London, March 20, 2006, "Backdated stop options under investigation in the US"
http://sitemaker.umich.edu/options-backdating/files/londontimes.pdf

Wall Street Journal, March 18, 2006 "The Perfect Payday, Some CEOs reap millions by Landing Stock Options,"
http://online.wsj.com/article/SB114265075068802118.html

Barron's, February 17, 2006, "Diving Truths from Insider Stock sales,"
http://online.barrons.com/article/SB114019123188477037.html

Barron's, February 16, 2006, "Tracking Bullish Insiders,"
http://online.barrons.com/article/SB114009573628475816.html

Newsweek, December 19, 2005, "Investing Goes Back to Basics: You've discovered the joys of buying simpler things"
http://www.thedailybeast.com/newsweek/2005/12/18/investing-goes-back-to-basics.html

Barron's, August 9, 2005, "Finding Stocks by Following the Money,"
http://online.barrons.com/article/SB112359775715608682.html

Wall Street Journal, April 17, 2005 "Getting the Inside Scoop"
http://online.wsj.com/article/SB111368299538708824.html

CBS MarketWatch, February 18, 2005, "Timing of managers' option grants a good litmus test."
http://www.marketwatch.com/story/timing-of-managers-option-grants-a-good-litmus-test

Market Watch, February 18, 2005, "A Test of Good citizenship, Does Corporate Governance Matter?"
http://sitemaker.umich.edu/options-backdating/files/marketwatch_hulbert.pdf

New York Times, December 5, 2004, "The Insiders Are Selling. But Is That So Bad?"
http://www.nytimes.com/2004/12/05/business/yourmoney/05stra.html?pagewanted=print&position=

Motley Fool, July 16, 2004, "Martha Stewart, Was It Insider Trading,"
http://www.fool.com/investing/general/2004/07/16/martha-stewart-was-it-insider-trading.aspx?source=isesitlnk0000001&mrr=1.00

New York Times, September 28, 2003, "STRATEGIES; Yes, the Insiders Are Selling. But Should You?"
http://www.nytimes.com/2003/09/28/business/strategies-yes-the-insiders-are-selling-but-should-you.html

Chicago Tribune, February 24, 2002, Insider Buying a more telling sign,
http://articles.chicagotribune.com/2002-02-24/business/0202240016_1_stock-sales-enron-collapse-alan-beller/2

Business Week, October 15, 2001, "Insider Trades:  Take a Closer Look",
http://www.personal.psu.edu/sjh11/InTheNews/BusinessWeek011015.shtml

Chicago Tribune, March 25, 1999, "As Easy as Pie," http://articles.chicagotribune.com/1999-03-25/business/9903250163_1_stock-splits-split-announcement-david-ikenberry

Los Angeles Times, December 24, 1998, Tracking Insiders",
http://articles.latimes.com/1998/dec/24/business/fi-57117

Business Week, October 4, 1998, "An Outsider's Guide to Inside Investing,"
http://www.businessweek.com/stories/1998-10-04/an-outsiders-guide-to-inside-investing

New York Times, January 7, 1995, "Five Portfolios Lose But Hold to Course"
http://www.nytimes.com/1995/01/07/business/five-portfolios-lose-but-hold-to-course.html

Wall Street Journal, February 8, 1995, Insider Trading Reports are Linked to Price of Bonds",
http://sbaweb.wayne.edu/~sdatta/published/wsjarticle.pdf

Newsweek, January 8, 1995, "Keep Your Cool,"
http://www.thedailybeast.com/search.html?q=seyhun

Chicago Tribune, April 13, 1993, "A Sign of Things to Come," http://articles.chicagotribune.com/1993-04-13/business/9304130095_1_directors-and-large-shareholders-insider-seyhun

Business Week, April 4, 1993, "How Insiders Cut Their Losses When Bankruptcy Looms,"
http://www.businessweek.com/stories/1993-04-04/how-insiders-cut-their-losses-when-bankruptcy-looms

Wall Street Journal, September 23, 1992 "Insiders Reap Big Gains from Big Trades"

Christian Science Monitor, August 4, 1992, "Insider Trading on the Rise, Troubling Wall Street,
http://www.csmonitor.com/1992/0804/04082.html/(page)/2

**AWARDS AND HONORS**

2001, All Star Paper: "Insiders' Profits, Costs of Trading, and Market Efficiency," 1986, Journal of Financial Economics, 16, 189-212. Award based on citation count.

1990, Nomination for Smith-Breeden Distinguished Paper Prize: "Overreaction or Fundamentals:  Some Lessons From Insiders' Response to the Market Crash of 1987," 1990, The Journal of Finance, (December), 45, 1363-1388.  Was lead article for the issue.

Nominated for the best teacher award, various years.

**EDITORIAL BOARD**

- ISE Review
- Finance Letters

**REFEREE FOR**

- American Economic Review
- Economic Letters
- Financial Management
- Global Finance Journal
- International Review of Economics and Finance

- Journal of Business
- Journal of Finance
- Journal of Financial and Quantitative Analysis
- Journal of Accounting, Auditing, and Finance
- Journal of Financial Economics
- Journal of Financial Research
- Journal of Law and Economics
- Journal of Political Economy
- Quarterly Journal of Economics
- Review of Financial Studies
- Strategic Management Journal

**TEACHING EXPERIENCE**

- Mathematics for Economists, University of Rochester, Simon School, Ph.D.,
- Microeconomics, University of Rochester, Simon School, undergraduate,
- Corporate Finance, University of Chicago, Graduate School of Business; University of Michigan, Ross School of Business; and Rochester University, Simon School, MBA, WMBA.
- Case course in Finance, WHU (Koblenz, Germany), University of Chicago, Graduate School of Business and University of Michigan, Ross School of Business, MBA,
- Ph.D. Seminar in Finance, University of Michigan, Ross School of Business, Ph.D.,
- Financial Trading, University of Michigan, Ross School of Business, MBA,
- Advanced Derivatives and Risk Management, University of Michigan, Ross School of Business, MBA,
- International Finance, University of Michigan, Financial Engineering Program, MSFE,
- Corporate Financial Strategy, University of Michigan, Ross School of Business, MBA, Global MBA, EMBA.
- Options and Futures in Corporate Decision-Making, University of Michigan, Ross School of Business, MBA,
- Real Estate Finance and Investment, University of Michigan, Ross School of Business, MBA,
- Valuation, University of Michigan, Ross School of Business, MBA, WMBA.
- Investments, University of Michigan, Ross School of Business, MBA,
- Introductory Finance, University of Michigan, Ross School of Business and Koc University, Istanbul, Turkey, MBA.

**EXECUTIVE EDUCATION**

- Finance for Non-Financial Managers, (in Ann Arbor, Bangalore, Bangkok, Beijing, Hong Kong, Jakarta, Shanghai, Singapore, Taipei), 1997-present,
- Financial Engineering, ICBC, Ann Arbor, 2014-present,
- Business Acumen for Managers, Bandung, Indonesia, 2013,
- Bank of America Executive Education Program, 2013-present,
- Risk management in banking, Credit Europe Bank, Moscow, 2013,
- Financial Skills for Management, (in Dammam, Dubai, Riyadh), 2001-2007
- Finance for Strategic Value Creation, (in Ann Arbor), 2002-2004

- Advanced Finance for Non-Financial Managers, (in Hong Kong), 1997-2004
- Finance for Strategic Decision Making, (in Ann Arbor, Dubai), 1997-2002
- Citibank Banking and Financial Services Program, co-director, (in Ann Arbor, Miami, Paris, Sao Paolo), 1995-2001
- National Investor Relations Institute (NIRI) Program, (in Ann Arbor), 1998-1999
- Rexam Finance Program, (in London), 1997
- Vinacoal Finance Program for Davidson Institute, (in Hanoi), 1996-1997

**DOCTORAL DISSERTATION COMMITTEES**

- David Joseph Denis, Finance, 1988, (member)
- Thomas George, Finance, 1989, (member)
- Mahendrarajah Nimalendran, Finance, 1990, (member)
- James Nelson Myers, Accounting, 1997, (member)
- Gregory Smith Miller, Accounting, 1998, (member)
- Ahmet Can Inci, Finance, 2001, (chair)
- Sophie Shive, Finance, 2006, (member)
- Craig Brown, Finance, 2006, (chair)
- Xuewu Wang, Finance, 2008, (chair)
- Kamal Hamidieh, Statistics, 2008, (member)
- Chris Sims, Economics, 2009, (member)
- Deniz Anginer, Finance, 2009, (chair)
- Celim Yildizhan, Finance, 2011, (chair)
- Elizabeth Blankespoor, Accounting, 2012, (member)
- Tianshu Qu, Accounting, 2013, (member)
- S. Joon Oh, Finance, 2014, (member).

**PROFESSIONAL ASSOCIATIONS**

- American Finance Association
- American Economic Association
- Society for Financial Studies
- Western Finance Association
- European Finance Association
- Beta Gamma Sigma

**SERVICE FOR UNIVERSITY OF MICHIGAN**

- Member, Provost's Advisory Committee on Budgetary Affairs, 2012-present,
- BBA Program Committee, 2012-2013,
- Diversity and Inclusion Committee, 2012-2013,
- Executive Committee, Financial Engineering Program, College of Engineering, 2003-present,

- Chair, Curriculum Committee, Financial Engineering Program, College of Engineering, 2005-present,
- Member, Admissions Committee, Financial Engineering Program, College of Engineering, 2005-present,
- Chair, University Senate Assembly, Financial Affairs Advisory Committee, 2008-2009,
- Member, University Senate Assembly, Financial Affairs Advisory Committee, 2006-2008,
- Member, Executive Committee, Ross School of Business, 1995-1997,
- Chair, Finance Area, Ross School of Business, 1994-1995, 1997-2000,
- Research Committee, Ross School of Business, 2001-2003, 2004-2005, 2007-2009,
- Advisor for Doctoral Program in Finance, Ross School of Business: 1986-1988,
- Research Associate, Center for Near Eastern and North African Studies, 1992-2004,
- University Senate, 2002-2005,
- Coordinator of Finance Faculty Workshops, Ross School of Business, various years.

**CONSULTING EXPERIENCE**

- Citicorp, 1991
- Towneley Capital, 1994-1995, 2005
- Tweedy, Browne, LP, 1994-1995
- Vanguard Group, 1997
- Confidential, A Large Oil Company, 1997
- H.L. Associates, 1999
- Expert witness in various civil and criminal securities cases prior to 2006.

**RECENT TESTIFYING EXPERT OR CONSULTING EXPERT EXPERIENCE**

- Iron Workers Local 25 v. Watson Wyatt, April 2006,
- In U.S.A v. Jeffrey K. Skilling and Kenneth L. Lay, criminal case, May 2006,
- In U.S.A v. Joseph P. Nacchio, criminal case, March 2007,
- In re JDS Uniphase Corporation Securities Litigation, October 2007,
- In re HealthSouth Corporation Bondholder Litigation, February 2008, February 2009,
- In re Delphi Corporation Securities, Derivative and 'ERISA' Litigation, April 2008,
- In re New Century Financial Corp. Securities Litigation, January 2010,
- In re Lehman Brothers Securities and Erisa Litigation, October, November 2013 and June 2014.