**APPENDIX B**

M. Alzahrani, M. Masih, and O. Al-Titi, "Linear and Non-Linear Granger Causality between Oil Spot and Futures Prices: A Wavelet Based Approach," *SSRN Working Paper* (2014).

S. Bekiros and C. G. H. Diks, "The Relationship between Crude Oil Spot and Futures Prices: Cointegration, Linear and Nonlinear Causality," *Energy Economics* Vol. 30 (2008)

E. F. Fama, "Stock Returns, Real Activity, Inflation and Money," *The American Economic Review*, Vol. 71, No. 4 (1981)

K. D. Garbade and W. L. Silber, "Price Movements and Price Discovery in Futures and Cash Markets," *Review of Economics and Statistics* Vol. 65, No. 2 (May 1983)

S. Hammoudeh, H. Li, and B. Jeon, "Causality and Volatility Spillovers Among Petroleum Prices of WTI, Gasoline and Heating Oil in Different Locations," *North American Journal of Economics and Finance* Vol. 14 (2003)

B.-N. Huang, C. W. Yang, and M. J. Hwang, "The Dynamics of a Nonlinear Relationship between Crude Oil Spot and Futures Prices: A Multivariate Threshold Regression Approach," *Energy Economics* Vol. 31 (2009)

G. Jarrell and A. Poulsen, "Stock Trading before the Announcement of Tender Offers:  Insider Trading or Market Anticipation?" Journal of Law, Economics, and Organization, Vol. 5, No. 2 (1989)

X. Jin, S. Lin, and M. Tamvakis, "Volatility Transmissions and Volatility Impulse Response Functions in Crude Oil Markets," *Energy Economics* Vol. 34 (2012)

R. John and Thornton L. Daniel, "Using the Federal Funds Futures Rates to Predict Federal Reserve Actions," *The Review of the Federal Reserve Bank of St. Louis*, November/ December 1997

R. K. Kaufmann and B. Ullman, "Oil Prices, Speculation and Fundamentals: Interpreting Causal Relations among Spot and Futures Prices," *Energy Economics* Vol. 31 (2009)

C.-C. Lee and J.-H. Zeng, "Revisiting the Relationship between Spot and Futures Oil Prices: Evidence from Quantile Cointegrating Regression," *Energy Economics* Vol. 33 (2011)

I. A. Moosa, "Price Discovery and Risk Transfer in the Crude Oil Futures Market: Some Structural Time Series Evidence," *Economic Notes* Vol. 31, No. 1 (2002)

J. Quan, "Two-Step Testing Procedure for Price Discovery Role of Futures Prices," *Journal of Futures Markets* Vol. 12, No. 2 (1992)

Liu, Schultz, and Swieringa (2014), *op. cit.,* F.-B. Lu, Y.-M. Hong, S.-Y. Wang, K.-K. Lai, and J. Liu, "Time-Varying Granger Causality Tests for Applications in Global Crude Oil Markets," *Energy Economics* Vol. 42 (2014)

T. V. Schwarz and A. C Szakmary, "Price Discovery in Petroleum Markets: Arbitrage, Cointegration, and the Time Interval of Analysis," *Journal of Futures Markets* Vol. 14, No. 2 (1994)

K. Shrestha, "Price Discovery in Energy Markets," *Energy Risk* (2014 forthcoming)

P. Silvapulle and I. A. Moosa, "The Relationship Between Spot and Futures Prices: Evidence from the Crude Oil Market," *Journal of Futures Markets* Vol. 19, No. 2 (1999)

R. Roll, "Orange Juice and Weather", *The American Economic Review* Vol. 74, No. 5 (1984)