UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
: 
: 
In re: :
: 
North Sea Brent Crude Oil :
Futures Litigation : 13-md-02475 (ALC)
: 
: 
This Document Applies To: :
13-cv-03587; 13-cv-03944; 13-cv-04142; :
13-cv-04553; 13-cv-03473; 13-cv-07089; :
13-cv-08030; 13-cv-08151; 13-cv-04872; :
13-cv-04938; 13-cv-05577 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John F. Terzaken, who is admitted *pro hac vice* to practice in this Court, respectfully enters his appearance as counsel for Defendant Mercuria Energy Trading, SA in the above-captioned litigation. Pursuant to this Court's Order of January 15, 2014 (Dkt. 78), counsel was provisionally admitted *pro hac vice* upon application for an ECF login and password.

Dated: October 29, 2014

                                                   Respectfully submitted,

                                                   /s/ John F. Terzaken
                                                 John F. Terzaken
                                                 ALLEN & OVERY LLP
                                                 1101 New York Avenue NW
                                                 Washington, DC  20005
                                                 Telephone:  202-683-3877
                                                 Facsimile:  202-683-3999
                                                 John.Terzaken@allenovery.com

                                               *Attorney for Defendants Mercuria Energy*
                                               *Trading, Inc. and Mercuria Energy Trading, SA*