UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

North Sea Brent Crude Oil
Futures Litigation                           :   13-md-02475 (ALC)

This Document Applies To:
13-cv-03587; 13-cv-03944; 13-cv-04142;
13-cv-04553; 13-cv-03473; 13-cv-07089;
13-cv-08030; 13-cv-08151; 13-cv-04872;
13-cv-04938; 13-cv-05577
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that M. Elaine Johnston of Allen & Overy LLP, a member of this Court in good standing, hereby enters an appearance as counsel for Defendant Mercuria Energy Trading, SA. in the above-captioned litigation and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with these actions be served on the undersigned.

Dated:  October 29, 2014

Respectfully submitted,

/s/ M. Elaine Johnston
M. Elaine Johnston
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone:  212-610-6300
Elaine.Johnston@allenovery.com
*Attorney for Defendants Mercuria Energy Trading, Inc. and Mercuria Energy Trading, SA*