UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
                                   :
                                   :
                                   :
In re:                             :
                                   :
North Sea Brent Crude Oil          :
Futures Litigation                 :   13-md-02475 (ALC)
                                   :
                                   :
This Document Applies To:          :
13-cv-03587; 13-cv-03944; 13-cv-04142;
13-cv-04553; 13-cv-03473; 13-cv-07089;  :
13-cv-08030; 13-cv-08151; 13-cv-04872;  :
13-cv-04938; 13-cv-05577           :
---------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Molly A. Kelley, who is admitted *pro hac vice* to practice in this Court, respectfully enters her appearance as counsel for Defendant Mercuria Energy Trading, SA in the above-captioned litigation. Pursuant to this Court's Order of January 15, 2014 (Dkt. 78), counsel was provisionally admitted *pro hac vice* upon application for an ECF login and password.

Dated:  October 29, 2014

                                                   Respectfully submitted,

                                                  /s/ Molly A. Kelley
                                                  Molly A. Kelley
                                                  ALLEN & OVERY LLP
                                                  1101 New York Avenue NW
                                                  Washington, DC  20005
                                                  Telephone:  202-683-3884
                                                  Facsimile:  202-683-3999
                                                  molly.kelley@allenovery.com

                                                  *Attorney for Defendants Mercuria Energy*
                                                  *Trading, Inc. and Mercuria Energy Trading, SA*