UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
                                              :
                                              :
In re:                                        :
                                              :
NORTH SEA BRENT CRUDE OIL                     :    13-md-02475 (ALC)
FUTURES LITIGATION                            :
                                              :
                                              :
                                              :
This Document Applies To:                     :
13-cv-03587; 13-cv-03944; 13-cv-04142;        :
13-cv-04553; 13-cv-03473; 13-cv-07089;        :
13-cv-08030; 13-cv-08151; 13-cv-04872;        :
13-cv-04938; 13-cv-05577                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Mercuria Energy Trading, SA. (METSA), by and through its undersigned counsel, states the following:

METSA is a wholly owned subsidiary of Mercuria Energy Trading B.V., which is a wholly owned subsidiary of Mercuria Energy Group Holding S.A., which is a wholly owned subsidiary of Mercuria Holdings (Cyprus) Limited, which is a wholly owned subsidiary of the ultimate parent company, Mercuria Energy Group Ltd.  No publicly held corporation owns 10% or more of METSA's stock.

Dated:  October 29, 2014

        Respectfully submitted,

        ALLEN & OVERY LLP

        By:  /s/ John F. Terzaken
        John F. Terzaken
        Molly A. Kelley
        1101 New York Avenue NW
        Washington, DC  20005
        Telephone:  202-683-3884
        Facsimile:  202-683-3999
        John.Terzaken@allenovery.com
        Molly.Kelley@allenovery.com

        M. Elaine Johnston
        1221 Avenue of the Americas
        New York, NY 10020
        Telephone:  212-610-6300
        Elaine.Johnston@allenovery.com

        *Attorneys for Defendants Mercuria*
        *Energy Trading, Inc. and Mercuria*
        *Energy Trading, SA*