UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION

1:13-md-02475 (ALC)

This document applies to:  ALL CASES.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Liane Noble, who is admitted *pro hac vice*[1] in the above-captioned action, respectfully enters her appearance as counsel for Defendant Phibro Trading LLC in the above-captioned action.

Dated: November 5, 2014

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

By:   */s/ Liane Noble*
Liane Noble
**VINSON & ELKINS LLP**
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Telephone:  512-542-8505
Facsimile:  512-236-3234
lnoble@velaw.com

*Attorneys for Defendant Phibro Trading LLC*

---

[1]   In accordance with the terms of this Court's Order dated January 15, 2014 (Dkt. 78), counsel was provisionally admitted *pro hac vice* upon application for an ECF login and password.

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2014, a copy of the foregoing was filed electronically and sent by e-mail to all parties who have appeared by operation of this Court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

*/s/ Liane Noble*
Liane Noble