# WILMERHALE

Douglas F. Curtis

+1 212 230 8802 (t)
+1 212 230 8888 (f)
douglas.curtis@wilmerhale.com

November 11, 2014

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>In re North Sea Brent Crude Oil Futures Litigation, No. 1:13-md-02475 (ALC)</u>

Dear Judge Carter:

      We write on behalf of Defendants Statoil ASA and Statoil U.S. Holdings Inc. (collectively, "Statoil") to request additional time for (1) Statoil to respond to the Trader Plaintiffs' Memorandum in Support of Their Motion *in Limine* to Exclude the Opinions of Statoil's Expert, Dr. Culp, filed on October 27, 2014 (Dkt. No. 256) ("Culp Mot. *in Limine*"), and (2) the Trader Plaintiffs to respond to Statoil's response to the Culp Mot. *in Limine*. Statoil and the Trader Plaintiffs have discussed and agreed upon this proposed schedule. Based on that agreement, the Trader Plaintiffs' counsel have authorized us to represent to the Court that they have no objection to the proposed schedule.

      Your Honor previously ordered, on June 24, 2014, that reply briefs in further support of any motions to dismiss will be due thirty (30) days after briefs in opposition are filed (Dkt. No. 159). On July 28, 2014, Statoil filed its Brief in Support of Its Motion to Dismiss the Complaints for Lack of Subject Matter Jurisdiction Under the Foreign Sovereign Immunities Act and for Failure to State a Claim (Dkt. No. 205) ("Statoil's Mot. to Dismiss Under FSIA"), and the accompanying Declarations, including the Declaration of Christopher L. Culp, Ph.D. (Dkt. No. 207), and Exhibits thereto. In response, the Trader Plaintiffs filed, on October 27, 2014, their opposition to Statoil's Mot. to Dismiss Under FSIA (Dkt. No. 254) ("Trader Pls.' Opp'n"), which is subject to the Court's June 24, 2014 Order, and the Culp Mot. *in Limine*, which is subject to Local Civil Rule 6.1(b).

      Local Civil Rule 6.1(b) provides that (1) any opposing affidavits and answering memoranda shall be served within fourteen (14) days after service of the moving papers, and (2) any reply affidavits and memoranda of law shall be served within seven (7) days after service of the answering papers. To be able to provide full briefing on issues surrounding the Culp Mot. *in Limine*, which go hand in hand with those in the Trader Pls.' Opp'n, Statoil respectfully requests

WILMERHALE

Honorable Andrew L. Carter, Jr.
November 11, 2014
Page 2

an extension of time to respond to the Culp Mot. *in Limine* to parallel the time it has to respond to the Trader Pls.' Opp'n, *i.e.*, thirty (30) days after its filing, through and including November 26, 2014. And because that filing will occur just before the Thanksgiving holiday, Statoil respectfully requests to extend the time for the Trader Plaintiffs to respond to Statoil's opposition to the Culp Mot. *in Limine* from seven (7) days to sixteen (16) days after the filing of Statoil's opposition, through and including December 12, 2014. This is Statoil's first request for an extension.

Respectfully submitted,

Douglas F. Curtis
Robert W. Trenchard

WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8802
Facsimile: (212) 230-8800
douglas.curtis@wilmerhale.com
robert.trenchard@wilmerhale.com

*Attorneys for Statoil ASA and Statoil US Holdings Inc.*

cc: Counsel of Record (via ECF)

ActiveUS 137891480v.1