AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

KEVIN McDONNELL, ANTHONY INSINGA, ROBERT MICHIELS, NEIL TAYLOR, XAVIER LAURENS, ATLANTIC TRADING USA, LLC, PORT 22, LLC, AARON SCHINDLER, WHITE OAK FUND LP and PRIME INTERNATIONAL TRADING, LTD., on behalf of themselves and all others similarly situated,

*Plaintiff*

v.

ROYAL DUTCH SHELL PLC, SHELL TRADING US COMPANY, BP PLC, BP AMERICA, INC., BP CORPORATION NORTH AMERICA INC., STATOIL ASA, STATOIL US HOLDINGS INC., MORGAN STANLEY, TRAFIGURA BEHEER B.V., TRAFIGURA AG, PHIBRO TRADING LLC, VITOL, S.A., VITOL, INC., MERCURIA ENERGY TRADING S.A., MERCURIA ENERGY TRADING, INC., HESS ENERGY TRADING COMPANY, LLC and JOHN DOES 1-50

*Defendant*

Civil Action No. 1:13-md-02475-ALC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MERCURIA ENERGY TRADING S.A.
Rue du Rhone, 50
Geneva, 1204
SWITZERLAND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David E. Kovel
Alice McInerney
Lauren Wagner Pederson
Andrew McNeela
Thomas W. Elrod
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____04/28/2014_____        _____s/Joey Roldan_____
*Signature of Clerk or Deputy Clerk*

Cause 1:13-md-02475-ALC     Document 144     Déposé le 28.04.14     Page 1 de 2

AO 440 (Rév. 12/09) Assignation dans une action civile

## TRIBUNAL FÉDÉRAL DE PREMIÈRE INSTANCE DES ÉTATS-UNIS
pour le
district sud de New York

| | | |
|---|---|---|
| KEVIN McDONNELL, ANTHONY INSINGA, ROBERT MICHIELS, NEIL TAYLOR, XAVIER LAURENS, ATLANTIC TRADING USA, LLC, PORT 22, LLC, AARON SCHINDLER, WHITE OAK FUND LP et PRIME INTERNATIONAL TRADING, LTD., en leur propre nom et au nom de toutes les personnes dans une situation similaire.<br>*Demandeurs*<br>c.<br>ROYAL DUTCH SHELL PLC, SHELL TRADING US COMPANY, BP PLC, BP AMERICA, INC., BP CORPORATION NORTH AMERICA INC., STATOIL ASA, STATOIL US HOLDINGS INC., MORGAN STANLEY, TRAFIGURA BEHEER B.V., TRAFIGURA AG, PHIBRO TRADING LLC, VITOL, S.A., VITOL, INC., MERCURIA ENERGY TRADING S.A., MERCURIA ENERGY TRADING, INC., HESS ENERGY TRADING COMPANY, LLC et M. UNTEL 1 à 50<br>*Défendeurs* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Action civile n° 1:13-md-02475-ALC |

### ASSIGNATION DANS UNE ACTION CIVILE

À : *(nom et adresse de la partie défenderesse)*     MERCURIA ENERGY TRADING S.A.
Rue du Rhone, 50
Genève, 1204
SUISSE

Des poursuites ont été intentées contre vous.

Dans un délai de 21 jours suivant la signification qui vous est faite de la présente assignation (sans compter le jour de sa réception) — ou dans un délai de 60 jours si vous êtes les États-Unis or un organisme des États-Unis, ou un administrateur ou un employé des États-Unis décrit dans la Règle fédérale de procédure civile 12 (a)(2) ou (3) — vous devez signifier à la partie demanderesse une réponse à la plainte jointe ou une requête en vertu de la Règle 12 des Règles fédérales de procédure civile. La réponse ou la requête doit être signifiée à la partie demanderesse ou à son avocat dont le nom et l'adresse sont les suivants :

David E. Kovel
Alice McInerney
Lauren Wagner Pederson
Andrew McNeela
Thomas W. Elrod
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022

Si vous omettez de répondre, un jugement par défaut sera prononcé contre vous accordant les conclusions demandées dans la plainte. Vous devez également déposer votre réponse ou votre requête auprès du tribunal.

*GREFFIER*

Date : 28/04/2014                                                                      s/ Joey Roldan
                                                                                     *Signature du greffier ou du greffier adjoint*

(Sceau : Tribunal fédéral de première instance des États-Unis *[signature]* pour le district sud de New York)



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, le 24 septembre 2014

NC/1610/2014 NC NAJ

| | |
|---|---|
| Affaire n° | : **NC/1610/2014** |
| Geschäfts-Nr | : **CONV. 21J** |
| Affare n. | : **1:13-MD-02475-ALC** |
| Case n° | : |
| | à rappeler lors de toute communication |

## RÉCÉPISSÉ – EMPFANGSBESCHEINIGUNG – RICEVUTA
## RECEIP – RECIBO

| | |
|---|---|
| Autorité requérante<br>Ersuchende Behörde<br>Autorita richiedente<br>Issuing Authority<br>Autoridad requeriente | J.SHREEFER - LUKKEN<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, KANSAS 66208<br>USA |
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding<br>Naturaleza del procedimiento | |
| Désignation des actes à notifier<br>Bezeichnung der zuzustellenden Akten<br>Designazione degli atti da notificare<br>Indication of the documents to be served<br>Designación de los autos a notificar | CONV. 21J |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation<br>Traducción | |
| Nom et domicile du destinataire<br>Name and Wohnort des Empfängers<br>Nome e domicilio del destinatario<br>Name and address of receiver<br>Filiación y dirección del destinatarion | MERCURIA ENERGY TRADING S.A.<br>Rue du Rhône 50<br>1204 Genève |
| Nationalité du destinataire<br>Nationalität des Empfängers<br>Nazionalità del destinatario<br>Nationality of receiver<br>Nacionalidad del destinatario | |
| Date de la notification et signature du destinataire<br>Datum der Zustellung und Unterschrift des Empfängers<br>Data della notifica e firma del destinatario<br>Date of service and signature of receiver<br>Fecha de la notificación y firma del destinatario | MARKOVITCH Isabelle<br>8.10.2014 *[signature and seal: RÉP. ET CANTON DE GENÈVE - TRIBUNAL DE 1ÈRE INSTANCE]* |