# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

November 18, 2014

**BY HAND DELIVERY**

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

    Re:    *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13-md-02475-ALC

Dear Judge Carter:

    On behalf of Derivative Trader Plaintiffs in the above-referenced action, pursuant to Rule 1.G. and 2.C. of Your Honor's Individual Practices, enclosed please find a courtesy copy of the following document:

- Plaintiffs' Supplemental Memorandum Of Law In Opposition To Defendant Mercuria Energy Trading, S.A.'s Motion To Dismiss The Amended Consolidated Class Action Complaint.

        Respectfully submitted,

        ___/s/ *David E. Kovel*_____

        David E. Kovel

        *Counsel for Derivative Trader Plaintiffs*

Cc:    Counsel of Record (via email)