UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :    1:13-md-02475 (ALC)
NORTH SEA BRENT CRUDE OIL                           :
FUTURES LITIGATION                                  :    <u>ORDER SETTING PRE-MOTION
                                                    :    CONFERENCE</u>
This document applies to: ALL CASES                 :
------------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

    Brent Derivative Trader Plaintiffs ("Trader Plaintiffs") submitted a letter to the Court dated October 28, 2014 (ECF No. 262) requesting a pre-motion conference on their motion for leave to amend the Consolidated Amended Class Action Complaint (ECF No. 125) to add four additional defendants to this action. Trader Plaintiffs allege that the four prospective defendants are affiliates of current defendants Morgan Stanley, Phibro Trading LLC ("Phibro Trading"), and Royal Dutch Shell, plc ("RDS"). Id. Defendants Morgan Stanley, Phibro Trading, and RDS have all opposed Trader Plaintiffs' motion. (ECF Nos. 270, 269, 268). Defendant Shell Trading US Company ("STUSCO") submitted a joint response with RDS. (ECF No. 268).

    The Court will hold a pre-motion conference in this case on **December 12, 2014, at 10:00 a.m.** regarding Trader Plaintiffs' anticipated motion for leave to amend. Counsel should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

SO ORDERED.

Dated: November 18, 2014
    New York, New York

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge