UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re: NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

No. 1:13-md-02475 (ALC)

This document applies to ALL CASES
-----------------------------------------------------------------x

## ~~[PROPOSED]~~ ORDER

WHEREAS, on June 24, 2014, this Court entered a scheduling order which, in relevant parts, provided that reply briefs in further support of any motions to dismiss will be due thirty (30) days after briefs in opposition are filed;

WHEREAS, Local Civil Rule 6.1(b) provides that (1) any opposing affidavits and answering memoranda shall be served within fourteen (14) days after service of the moving papers, and (2) any reply affidavits and memoranda of law shall be served within seven (7) days after service of the answering papers;

WHEREAS, on July 28, 2014, Defendant Statoil ASA and Statoil U.S. Holdings Inc. (collectively, "Statoil") filed its Brief in Support of Its Motion to Dismiss the Complaints for Lack of Subject Matter Jurisdiction Under the Foreign Sovereign Immunities Act and for Failure to State a Claim (Dkt. No. 205) ("Statoil's Mot. to Dismiss Under FSIA") and the accompanying Declarations, including the Declaration of Christopher L. Culp, Ph.D. (Dkt. No. 207), and Exhibits thereto;

WHEREAS, on October 27, 2014, Plaintiffs in the Consolidated Brent Derivative Traders' Actions ("Trader Plaintiffs") filed, *inter alia*, their opposition to Statoil's Mot. to Dismiss Under FSIA (Dkt. No. 254), which is subject to the Court's June 24, 2014 Order, and also filed a motion *in limine* to exclude the opinions of Statoil's Expert, Dr. Culp (Dkt. No. 256) ("Culp Mot. *in Limine*"), which is subject to Local Civil Rule 6.1(b);

ActiveUS 137870885v.1

WHEREAS, Statoil and the Trader Plaintiffs stipulate to extend the time for (1) Statoil to file an opposition to the Culp Mot. *in Limine* from fourteen (14) days to thirty (30) days after the filing of the Culp Mot. *in Limine*, through and including November 26, 2014, to allow Statoil to make simultaneous filings in reply to the Trader Plaintiffs' Opposition to its Mot. to Dismiss and in opposition to the Culp Mot. *in Limine*; and (2) the Trader Plaintiffs to file a reply to Statoil's opposition to the Culp Mot. *in Limine* from seven (7) days to sixteen (16) days after the filing of Statoil's opposition, through and including December 12, 2014;

NOW THEREFORE, IT IS HEREBY ORDERED by the Court that:

1. Defendant Statoil shall have thirty (30) days from the filing of the Culp Mot. *in Limine*, through and including November 26, 2014, to file an opposition to the Culp Mot. *in Limine*; and

2. Plaintiffs shall have sixteen (16) days from the filing of Statoil's opposition to the Culp Mot. *in Limine*, through and including December 12, 2014, to file a reply to Statoil's opposition to the Culp Mot. *in Limine*.

**SO ORERED** on this 19 day of November, 2014

_____
Honorable Andrew L. Carter, Jr., U.S.D.J.

This terminates the letter motion to extend time to file. (ECF No. 273).
So Ordered.

*Andrew L. Carter*
11-19-14