UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

NORHT SEA BRENT CRUDE OIL FUTURES              1:13-md-02475 (ALC)
LITIGATION

This document applies to:

1:13-cv-03473-ALC, 1:13-cv-03587-ALC,
1:13-cv-03944-ALC, 1:13-cv-04142-ALC,
1:13-cv-04553-ALC, 1:13-cv-04872-ALC,
1:13-cv-04938-ALC, 1:13-cv-05577-ALC,
1:13-cv-07089-ALC, 1:13-cv-08030-ALC,
1:13-cv-08151-ALC, 1:13-cv-08179-ALC,
1:13-cv-08240-ALC, 1:13-cv-08270-ALC.
------------------------------------------------------------x

**DECLARATION OF AMANDA F. DAVIDOFF
IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW
IN SUPPORT OF THEIR JOINT MOTION TO DISMISS
THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

AMANDA F. DAVIDOFF hereby declares:

1.  I am a member in good standing of the Bar of the State of New York and have been admitted to practice before this Court. I am a partner at the law firm of Sullivan & Cromwell LLP, counsel to Defendant BP p.l.c., BP America Inc. and BP Corporation North America Inc. in the above-captioned actions. I submit this Declaration in support of Defendants' Supplemental Memorandum of Law in Support of Their Joint Motion to Dismiss the Amended Consolidated Class Action Complaint, and to put before the Court certain documents relevant to the Motion.

2.  A true and correct copy of a screenshot of the CFTC Glossary, printed from http://www.cftc.gov/consumerprotection/educationcenter/cftcglossary/glossary_b on November 24, 2014, is attached hereto as Exhibit A.

3. A true and correct copy of Crude Oil Methodology and Specifications Guide, dated July 2014, and printed from http://www.platts.com/IM.Platts.Content/Methodology References/ Methodology Specs/Crude-oil-methodology.pdf on November 24, 2014, is attached hereto as Exhibit B.

4. A true and correct copy of ITF Interim Report on Crude Oil, dated July 2008, printed from http://www.cftc.gov/ucm/groups/public/@newsroom/documents/file/ itfinterimreportoncrudeoil0708.pdf on November 24, 2014, is attached hereto as Exhibit C.

5. A true and correct copy of a screenshot of A. Makan & J. Blas, *European Commission Raids Oil Groups Over Price Benchmarks*, dated May 14, 2013, printed from http://www.ft.com/intl/cms/s/0/f1574eb6-bca2-11e2-b344-00144feab7de.html#axzz3K0dTxCjZ on November 24, 2014,  is attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on November 26, 2014.

    /s/ Amanda F. Davidoff
    Amanda F. Davidoff