UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

In re: North Sea Brent Crude Oil          Case No.  1:13-md-02475-ALC
Futures Litigation                Plaintiff,

    -against-

                      Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending           [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Karl S. Stern
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is  TX 19175665

I am,

[ ]    An attorney

[ ]    A Government Agency attorney

[✓]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Vinson & Elkins, LLP
                FIRM ADDRESS:  1001 Fannin Street, Suite 2500, Houston, TX 77002
                FIRM TELEPHONE NUMBER:  (713) 758-3828
                FIRM FAX NUMBER:  (713) 615-5603

NEW FIRM:    FIRM NAME:  Quinn Emanuel Urquhart & Sullivan
                FIRM ADDRESS:  1001 Fannin Street, Suite 1950, Houston, TX 77002
                FIRM TELEPHONE NUMBER:  713-224-4400
                FIRM FAX NUMBER:  713-224-5153

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated:  December 3, 2014                                 
                                    ATTORNEY'S SIGNATURE