# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
Roger W. Kirby
Alice McInerney

December 11, 2014

BY EMAIL

The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

12/11/2014

Re: *In re: North Sea Brent Crude Oil Futures Litig.*, 13-md-02475-ALC

Dear Judge Carter:

**MEMO ENDORSED**

We represent the Brent Derivative Trader Plaintiffs and write respectfully to request an adjournment of the conference in the above-referenced matter scheduled for Friday, December 12, 2014. On November 18, 2014, Your Honor scheduled this pre-motion conference. ECF No. 278. The conference was in response to the Trader Plaintiffs' letter requesting to amend the operative complaint (ECF No. 166) to include four additional defendants, affiliates of existing defendants Shell,[1] Morgan Stanley, and Phibro Trading LLC (ECF No. 262).

Trader Plaintiffs' counsel have been conferring with counsel for Shell, Morgan Stanley and Phibro Trading in order to attempt to reach an agreement with respect to Trader Plaintiffs' request. These parties would benefit from additional time for this purpose. Consequently, on behalf of themselves and Shell, Morgan Stanley and Phibro Trading, Trader Plaintiffs respectfully request an adjournment of the conference until after the New Year. This is the first request for an adjournment of the hearing. All parties in this litigation have been apprised of the request to adjourn and consent to it.

Respectfully submitted,

/s/ David E. Kovel

Interim Lead Counsel for the Brent Derivative Trader Plaintiffs and the Proposed Class

*[Handwritten endorsement:]* Parties' request for an adjournment is hereby GRANTED. The pre-motion conference previously scheduled for December 12, 2014 at 11:00 a.m. is ADJOURNED to January 16, 2015. Parties should appear in person in Courtroom 110 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 11, 2014

cc: All Counsel of Record (by email)

---

[1] Royal Dutch Shell PLC and Shell Trading US Company.