# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
  Roger W. Kirby
  Alice McInerney

December 15, 2014

**BY HAND DELIVERY AND ECF**

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

    Re:    *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13-md-02475-ALC

Dear Judge Carter:

    On behalf of the Derivative Trader Plaintiffs in the above-referenced action, pursuant to Rule 1.G. and 2.C. of Your Honor's Individual Practices, enclosed please find courtesy copies of the following documents:

- Reply in Support of Trader Plaintiffs' Motion *In Limine* to Exclude the Opinions of Statoil's Expert, Dr. Culp;

- Supplemental Declaration of Anthony F. Fata in Support of Trader Plaintiffs' Opposition to Statoil's Motion To Dismiss & Motion *In Limine* to Exclude the Opinions of Statoil's Expert, Dr. Culp.

                                            Respectfully submitted,

                                            David E. Kovel

                                        *Counsel for Derivative Trader Plaintiffs*

Cc:   Counsel of Record (via email)

                NEW YORK              CALIFORNIA