UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1-15-15

-----------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

This document applies to: ALL CASES

-----------------------------------------------------------x

1:13-md-02475 (ALC)

**ORDER ADJOURNING PRE-MOTION CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

Brent Derivative Trader Plaintiffs ("Trader Plaintiffs") submitted a letter to the Court dated January 14, 2015 (ECF No. 299) requesting an adjournment of the pre-motion conference concerning their motion for leave to amend the Consolidated Amended Class Action Complaint (ECF No. 125) to add four additional defendants to this action. All parties consent to the adjournment.

The pre-motion conference regarding Trader Plaintiffs' anticipated motion for leave to amend, previously scheduled for January 16, 2015, is hereby ADJOURNED to **February 9, 2015 at 10:00 a.m.** The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above. This Order terminates letter motion ECF No. 299.

SO ORDERED.

Dated: January 15, 2015
New York, New York

ANDREW L. CARTER, JR.
United States District Judge