UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :     1:13-md-02475 (ALC)
                                                :
NORTH SEA BRENT CRUDE OIL                       :     <u>ORDER GRANTING LEAVE TO</u>
FUTURES LITIGATION                              :     <u>WITHDRAW AS COUNSEL</u>
                                                :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant Phibro Trading, LLC ("Phibro") file a motion dated July 7, 2014 (ECF No. 167) for the withdrawal of Elizabeth M. Devaney, one of the attorneys of record for Phibro, and termination of notice for Ms. Devaney, due to her change in employment.

In light of Ms. Devaney's satisfactory reason for withdrawal; the lack of impact of the withdrawal on the timing of the proceeding; and the continued representation of Phibro by Ms. Devaney's former firm, Vinson & Elkins LLP, the motion to withdraw as counsel from the above-captioned case (pursuant to Local Civil Rule 1.4) and for termination of notice is hereby GRANTED.

This terminates Phibro's motion for Elizabeth M. Devaney to withdraw as attorney and request for termination of notice (ECF No. 167).

**SO ORDERED.**

Dated: February 5, 2015

    New York, New York                       **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**