UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2-6-15

------------------------------------------------------------x

In re:                                         :     1:13-md-02475 (ALC)
                                               :
NORTH SEA BRENT CRUDE OIL                      :     **ORDER ADJOURNING PRE-**
FUTURES LITIGATION                             :     **MOTION CONFERENCE AND**
                                               :     **SETTING STATUS CONFERENCE**
This document applies to:  ALL CASES           :
                                               :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     Brent Derivative Trader Plaintiffs ("Trader Plaintiffs") submitted a letter motion to the Court dated October 28, 2014 (ECF No. 262) requesting a pre-motion conference on their anticipated motion to amend the Consolidated Amended Class Action Complaint (ECF No. 125) to add four additional defendants to this action.  Defendants Morgan Stanley, Phibro Trading LLC ("Phibro Trading"), and Royal Dutch Shell, plc ("RDS") all opposed Trader Plaintiffs' motion.  (ECF Nos. 270, 269, 268).  Defendant Shell Trading US Company ("STUSCO") submitted a joint response with RDS.  (ECF No. 268).  This Court granted Trader Plaintiffs' letter motion in an order dated November 18, 2014.  (ECF No. 278).

     The Court has since granted two adjournments of the pre-motion conference.  (ECF Nos. 295 and 300).  In a letter dated February 5, 2015, Trader Plaintiffs and above-mentioned Defendants submitted a proposed order and stipulation addressing such issues as would have been discussed at the pre-motion conference, and have consequently requested that the conference be removed from the Court's calendar.  (ECF No. 303).  All parties consent to this request.  Id.  In light of the proposed order and stipulation submitted, the pre-motion conference previously scheduled for February 9, 2015 is ADJOURNED without a date and will be removed from this Court's calendar.

The Court will hold a status conference in this case on **Thursday, February 26, 2015 at 10:00 a.m.** Counsel should appear in person in Courtroom 110 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated: February 6, 2015

      New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**