UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2-23-15

------------------------------------------------------------x

In re:  :  1:13-md-02475 (ALC)

NORTH SEA BRENT CRUDE OIL  :  **ORDER GRANTING MOTION TO**
FUTURES LITIGATION  :  **WITHDRAW AS COUNSEL AND**
 :  **TERMINATE NOTICE**
This document applies to:  ALL CASES  :
 :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant Phibro Trading, LLC ("Phibro") filed a motion dated January 20, 2015 (ECF No. 301) for (1) the withdrawal of Stacy M. Neal and Liane Noble of Vinson & Elkins LLP as counsel for Phibro, and (2) termination of notice for Ms. Neal and Ms. Noble.  Upon consideration of the motion papers, the motion to withdraw as counsel (pursuant to Local Civil Rule 1.4) and terminate notice is hereby GRANTED.

    This terminates Phibro's motion for withdrawal of Stacy M. Neal and Liane Noble as counsel for Phibro and termination of notice for Ms. Neal and Ms. Noble in the following cases:

- In re: North Sea Brent Crude Oil Futures Litigation, 1:13-md-02475-ALC (ECF No. 301).
- Prime International Trading, Ltd. v. BP Plc et al., 1:13-cv-03473-ALC (ECF No. 133)
- Sevy v. BP PLC, et al., 1:13-cv-03587-ALC (ECF No. 132)
- Smith v. BP Plc et al., 1:13-cv-03944-ALC (ECF No. 130)
- Benvenuto v. BP P.L.C. Royal Dutch Shell PLC et al., 1:13-cv-04142-ALC (ECF No. 132)
- White Oaks Fund LP v. BP PLC et al., 1:13-cv-04553-ALC (ECF No. 131)
- Harter v. BP PLC et al., 1:13-cv-07443-ALC (ECF No. 74)
- Karkut v. Royal Dutch Shell PLC et al., 1:13-cv-04872-ALC (ECF No. 125)

- Port 22,LLC et al v. BP p.l.c., et al., 1:13-cv-04938-ALC (ECF No. 130)

- Chartier v. BP PLC et al., 1:13-cv-05577-ALC (ECF No. 128)

- McDonnell et al v. Royal Dutch Shell plc et al., 1:13-cv-07089-ALC (ECF No. 142)

- Melissinos Eupatrid LP v. BP P.L.C. Royal Dutch Shell PLC et al., 1:13-cv-08030-ALC (ECF No. 121)

- Capital GMBH v. Royal Dutch Shell plc et al., 1:13-cv-08151-ALC FTC (ECF No. 131)

- Taylor v. Royal Deutch Shell PLC et al., 1:13-cv-08179-ALC (ECF No. 127)

- Praetor Capital Cayman Ltd. et al v. Royal Dutch Shell plc et al., 1:13-cv-08270-ALC (ECF No. 118)

- Schindler v. Royal Dutch Shell PLC et al., 1:13-cv-08240-ALC (ECF No. 110)

SO ORDERED.

Dated: February 23, 2015

New York, New York

ANDREW L. CARTER, JR.
United States District Judge