**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | CASE NO. 1:13-MD-02475-ALC-SN |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS. | |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Gold Bennett Cera & Sidener LLP has changed its name to Cera LLP.  The firm's location, 595 Market Street, Suite 2300, San Francisco, California 94105, its telephone number, (415) 777-2230, and its facsimile number, (415) 777-5189, remain unchanged.  As a result of the firm name change, Solomon B. Cera has a new email address: scera@cerallp.com.

Dated: March 2, 2015

Respectfully submitted,

CERA LLP

By: /s/Solomon B. Cera
Solomon B. Cera (Admitted *pro hac vice*)
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
scera@cerallp.com

Attorneys for Plaintiff
Christopher Chartier