**quinn emanuel** trial lawyers | houston

Pennzoil Place, 711 Louisiana Street, Suite 500, Houston, Texas  77002-2721 | TEL (713) 221-7000 | FAX (713) 221-7100

WRITER'S DIRECT DIAL NO.
(713) 221-7171

WRITER'S INTERNET ADDRESS
karlstern@quinnemanuel.com

March 13, 2015

<u>VIA **VIA EMAIL** AND ECF</u>

The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re:    <u>In re: North Sea Brent Crude Oil Futures Litig., 13-md-02475-ALC</u>

Dear Judge Carter:

    I am writing to provide Your Honor with additional information with respect to the Second Stipulation and Proposed Order (the "Second Stipulation") that is being submitted to the Court today.  On February 26, 2015, the Court entered the Stipulation and Order (the "First Stipulation") [ECF No. 307] permitting Plaintiffs in the above-referenced action to amend their complaint in order to substitute certain parties as Defendants. On February 27, 2015, Plaintiffs filed their Second Amended Consolidated Class Action Complaint (the "Second Amended Complaint") [ECF No. 308]. Although not expressly stated in the First Stipulation, it was the parties' understanding and intent that the then pending motions to dismiss and associated briefing would be deemed to have been filed in response to the Second Amended Complaint and that no further briefing would be required except as expressly provided in the First Stipulation. Although this intent was confirmed on the record at the February 26, 2015, status conference, in an abundance of caution, the parties submit the Second Stipulation as confirmation of this intent.

    Thank you for your consideration of this request, to which all parties to this action consent.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW |
HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

The Honorable Andrew L. Carter, Jr.
March 13, 2015

Very truly yours,

Karl S. Stern

QUINN EMANUEL URQUHART & SULLIVAN, LLP
711 Louisiana Street, Ste. 500
Houston, TX 77019

cc:   All Counsel of Record (by email)