UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | : : : | 1:13-md-02475 (ALC) |
| This document applies to : ALL CASES | : : : | **RULE 7.1(b)(2) SUPPLEMENTAL** <u>**DISCLOSURE STATEMENT**</u> |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, Hess Energy Trading Company, LLC ("HETCO"), by its undersigned counsel of record hereby supplements its Rule 7.1 disclosure statement [Dkt 170] to certify that Hess Corporation, a publicly held corporation, has sold its interest in HETCO to a non-publically held limited partnership. HETCO is now known as Hartree Partners, LP ("Hartree"). No publicly held corporation owns 10% or more of the stock or voting interest of Hartree.

Dated: March 17, 2015
      New York, New York

                                      STROOCK & STROOCK & LAVAN LLP

                                      By:   <u>s/ Melvin A Brosterman</u>
                                                Melvin A. Brosterman

                                      180 Maiden Lane
                                      New York, New York 10038
                                      Tel: (212) 806-5400
                                      Fax: (212) 806-6006

                                      *Attorneys for Defendant Hartree Partners, L.P.*