Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. +1.215.963.5000
Fax: +1.215.963.5001
www.morganlewis.com

**Morgan Lewis**

**Steven A. Reed**
Partner
215.963.5603
sreed@morganlewis.com

March 25, 2015

**VIA ECF AND ELECTRONIC MAIL**

Honorable Andrew L. Carter, Jr.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 435
New York, NY 10007
E-mail: ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *In re North Sea Brent Crude Oil Futures Litig.*, No. 1:13-MD-02475 (ALC)

Dear Judge Carter:

We represent Defendants Shell International Trading and Shipping Company Limited ("STASCO") and Shell Trading US Company ("STUSCO") in the above-captioned multi-district litigation. We write on behalf of our clients and with the consent of counsel for the Brent Derivative Trader Plaintiffs ("Trader Plaintiffs"), seeking a modest adjustment to the schedule set forth in Paragraph 9 of the Court's Stipulation and Order (ECF No. 307) for the submission of the supplemental motion to dismiss brief of STASCO and STUSCO, the Trader Plaintiffs' opposition, and STASCO/STUSCO's reply.

As Your Honor will recall, the Trader Plaintiffs in October 2014 requested permission from the Court for leave to file a motion to amend their Complaint in this action to, among other things, join STASCO as a party to the case. (*See* ECF No. 262). After extensive negotiation among counsel for the Trader Plaintiffs and the undersigned, a stipulation was reached pursuant to which STASCO would be substituted for Royal Dutch Shell, plc as a defendant in the case, but otherwise, the substantive allegations of the existing pleading would remain largely the same in order to avoid the delay and burden on the Court of an additional round of motions to dismiss. While allowing the existing motion to dismiss briefing to remain largely intact, the stipulation did, however, provide in Paragraph 9 that within 30 days of its entry as an Order by the Court STASCO and STUSCO would jointly file a short supplemental motion to dismiss to address the allegations as to them in the Second Amended Complaint and to raise a jurisdictional challenge as to STASCO, the Trader Plaintiffs would be allowed to file an opposition 14 days thereafter, and STASCO/STUSCO would file a reply seven days later. After holding an in-person

**Morgan Lewis**

The Honorable Andrew L. Carter, Jr.
March 25, 2015
Page 2

conference with the parties, the Court so-ordered the stipulation on February 26, 2015 (ECF No. 307) thus implementing this supplemental briefing schedule.

By way of this letter, STASCO and STUSCO respectfully request additional seven days to submit their joint supplemental brief, and the Trader Plaintiffs have no objection, but respectfully request that their opposition brief be due on April 24, 2015, to avoid conflicting deadlines in another case. The extension requested herein, if approved, would result in the following schedule for the supplemental briefing contemplated by Paragraph 9 of the Stipulation and Order:

| Submission | Current Deadline | Extended Deadline |
| --- | --- | --- |
| STASCO/STUSCO Supplemental Brief | March 30, 2015 | April 6, 2015 |
| Trader Plaintiffs' Opposition | April 13, 2015 | April 24, 2015 |
| STASCO/STUSCO Reply | April 20, 2015 | May 1, 2015 |

No prior extensions of these deadlines have been sought.

Respectfully submitted,

Steven A. Reed

SAR/deb
cc:   All counsel of record via ECF