UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

This document applies to:  ALL CASES.


--------------------------------------------------------x

1:13-md-02475 (ALC)

[Oral Argument Requested]

**NOTICE OF DEFENDANT PHIBRO COMMODITIES LIMITED'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Roger Plaisted, the undersigned will move this Court before the Honorable Andrew L. Carter, United States District Judge for the Southern District of New York, in Courtroom 1306 at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York, 10007, on such date and at such time as the Court sets, for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Second Amended Consolidated Class Action Complaint for Lack of Personal Jurisdiction with prejudice.

PLEASE TAKE FURTHER NOTICE, that, pursuant to the Court's February 26, 2015 Order, Dkt. No. 307, opposition papers, if any, shall be served on or before 14 days after service of this Motion.  Any reply papers shall be served on or before 7 days after service of any opposition papers.

DATED: Houston, Texas  
March 27, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Karl S. Stern  
    Karl S. Stern

Pennzoil Place  
711 Louisiana Street, Suite 500  
Houston, TX  77002  
(713) 221-7000  
Fax:  (713) 221-7100

*Attorneys for Defendant Phibro Commodities Limited*

TO: **KIRBY McINERNEY LLP**
David E. Kovel
Alice McInerney, Of Counsel
Lauren Wagner Pederson, Of Counsel
Andrew M. McNeela
Thomas W. Elrod
dkovel@kmllp.com
amcinerney@kmllp.com
lpederson@kmllp.com
amcneela@kmllp.com
telrod@kmllp.com
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

**BERGER & MONTAGUE, P.C**
Merrill G Davidoff
Michael Dell'Angelo
Candice J. Enders
mdavidoff@bm.net
mdellangelo@bm.net
cenders@bm.net
1622 Locust Street
Philadelphia , PA 19103
Telephone: (215) 875-3084

*Additional Counsel for Plaintiffs*

**MOTLEY RICE LLC**
Michael M. Buchman
John Andrew Ioannou
David P. Abel
jioannou@motleyrice.com
mbuchman@motleyrice.com
dabel@motleyrice.com
600 Third Avenue, 21st Floor
New York , NY 10016
Telephone: (212) 577-0051

*Additional Counsel for Plaintiffs*

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
Douglas Ian Cuthbertson
Steven E. Fineman
sfineman@lchb.com
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500

Eric B. Fastiff
Brendan P. Glackin
efastiff@lchb.com
bglackin@lchb.com
275 Battery Street 29th Floor
San Francisco , CA 94111-3339
Telephone: (415) 956-1000

*Additional Counsel for Plaintiff*

**GLANCY BINKOW & GOLDBERG LLP**
Brian Philip Murray
Lee Albert
Lionel Z. Glancy
bmurray@glancylaw.com
lalbert@glancylaw.com
lglancy@glancylaw.com
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340

*Additional Counsel for Plaintiffs*

**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
Bryan L. Clobes
bclobes@caffertyclobes.com
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Telephone: (215) 864-2800
Facsimile: (215) 864-2810

Anthony F. Fata
Daniel O. Herrera
afata@caffertyclobes.com
dherrera@caffertyclobes.com
30 N. LaSalle, Suite 3200
Chicago, Illinois 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*Additional Counsel for Plaintiffs*

**LOWEY DANNENBERG COHEN &
HART, P.C.**
Geoffrey Milbank Horn
Peter D. St. Phillip, Jr.
Raymond Peter Girnys
Vincent Briganti
ghorn@lowey.com
pstphillip@lowey.com
rgirnys@lowey.com
vbriganti@lowey.com
One North Broadway
White Plains, NY 10601
Telephone: (914) 733-7251
Facsimile: (914) 997-0035

*Counsel for Prime International
Trading, Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 27th day of March, 2015.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Karl S. Stern*
Karl S. Stern
