UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                                                1:13-md-02475 (ALC)

NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

This document applies to:  ALL CASES.


---------------------------------------------------------x

**DEFENDANT PHIBRO TRADING LLC AND PHIBRO COMMODITIES LIMITED'S
AMENDED NOTICE OF MOTION TO DISMISS
<u>PLAINTIFFS' AMENDED CLASS ACTION COMPLAINTS</u>**

PLEASE TAKE NOTICE that, upon the memoranda filed jointly by all defendants and the Amended Supplemental Memorandum of Law in Support of its Motion to Dismiss the Plaintiffs' Amended Class Action Complaints, Phibro Trading LLC and Phibro Commodities Ltd. ("Phibro") will move this Court before the Honorable Andrew L. Carter, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing will prejudice all claims asserted against Phibro in the Second Amended Consolidated Class Action Complaint (Case Nos. 1:13-cv-03473, 1:13-cv-03587, 1:13-cv-03944, 1:13-cv-04142, 1:13-cv-04553, 1:13-cv-04872, 1:13-cv-04938, 1:13-cv-05577, 1:13-cv-07089, 1:13-cv-08030, 1:13-cv-08151, 1:13-cv-08179, 1:13-cv-08240, and 1:13-cv-08270) and Second Amended Class Action Complaint (Case No. 1:13-cv-07443).

DATED: March 31, 2015         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Karl S. Stern
    Karl S. Stern

Pennzoil Place
711 Louisiana Street, Suite 500
Houston, TX  77002
(713) 221-7000
(713) 221-7100 (fax)

*Attorney for Defendants Phibro Trading LLC and Phibro Commodities Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 31st day of March, 2015.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Karl S. Stern
Karl S. Stern