# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

April 1, 2015

**VIA HAND DELIVERY AND ECF**

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

   Re:   *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13-md-02475-ALC

Dear Judge Carter:

   We represent Plaintiffs in the above-referenced action. Together with counsel for Defendants Phibro Trading LLC and Phibro Commodities Limited, we write pursuant to Rule 1.G. and 2.C. of Your Honor's Individual Practices and enclose courtesy copies of the following documents:

- Defendant Phibro Trading LLC and Phibro Commodities Limited's Amended Notice of Motion to Dismiss Plaintiffs' Amended Class Action Complaints [ECF No. 333];

- Defendant Phibro Trading LLC and Phibro Commodities Ltd.'s Amended Supplemental Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Second Amended Class Action Complaints [ECF No. 334];

- Plaintiffs' Supplemental Memorandum of Law in Opposition to Defendant Phibro Trading LLC's and Phibro Commodities Ltd.'s Amended Motion to Dismiss the Second Amended Consolidated Class Action Complaint [ECF No. 336]; and

- Defendant Phibro Trading LLC and Phibro Commodities Ltd.'s Amended Supplemental Reply Memorandum in Support of Its Motion to Dismiss Plaintiffs' Second Amended Class Action Complaints [ECF No. 337].

Hon. Andrew L. Carter, Jr.
April 1, 2015
Page 2

                                                Respectfully submitted,

                                                /s/ *David E. Kovel*
                                               David E. Kovel

                                               *Interim Lead Counsel for Plaintiffs*
                                               *and the Proposed Class*

cc:   Counsel of Record (via email)

Encls.