**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL FUTURES   1:13-md-02475 (ALC)
LITIGATION

This document applies to:

1:13-cv-03473-ALC, 1:13-cv-03587-ALC,
1:13-cv-03944-ALC, 1:13-cv-04142-ALC,
1:13-cv-04553-ALC, 1:13-cv-04872-ALC,
1:13-cv-04938-ALC, 1:13-cv-05577-ALC,
1:13-cv-07089-ALC, 1:13-cv-08030-ALC,
1:13-cv-08151-ALC, 1:13-cv-08179-ALC,
1:13-cv-08240-ALC 1:13-cv-08270-ALC.


------------------------------------------------------------x

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND
AMENDED CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANTS
SHELL INTERNATIONAL TRADING AND SHIPPING COMPANY LIMITED
AND SHELL TRADING (US) COMPANY**

  PLEASE TAKE NOTICE that, upon the memoranda filed jointly by all Defendants and

their Supplemental Memorandum of Law in Support of their Motion to Dismiss the Second

Amended Consolidated Class Action Complaint, Defendants Shell International Trading and

Shipping Company Limited ("STASCO") and Shell Trading (US) Company ("STUSCO")  will

move this Court before the Honorable Andrew L. Carter, at the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the

Court, for an Order dismissing Plaintiffs' Second Amended  Consolidated Class Action

Complaint (Case Nos. 1:13-cv-03473, 1:13-cv-03587, 1:13-cv-03944, 1:13-cv-04142, 1:13-cv-

04553, 1:13-cv-04872, 1:13-cv-04938, 1:13-cv-05577, 1:13-cv-07089, 1:13-cv-08030, 1:13-cv-

08151, 1:13-cv-08179, 1:13-cv-08240, and 1:13-cv-08270) with prejudice as to STASCO and

STUSCO for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and, with

respect to STASCO, for lack of personal jurisdiction under Federal Rule of Civil Procedure

12(b)(2).

Dated:  April 6, 2015       Respectfully submitted,

          /s/ Steven A. Reed
          Steven A. Reed
          R. Brendan Fee
          Dana E. Becker
          MORGAN, LEWIS & BOCKIUS LLP
          1701 Market Street
          Philadelphia, PA 19103-2921
          Telephone:  (215) 963-5000
          Facsimile:  (215) 963-5001
          sreed@morganlewis.com
          bfee@morganlewis.com
          dana.becker@morganlewis.com

             *-and-*

          Willard K. Tom
          J. Clayton Everett, Jr.
          MORGAN, LEWIS & BOCKIUS LLP
          1111 Pennsylvania Avenue, NW
          Washington, D.C. 20004
          Telephone:  (202) 739-3000
          Facsimile:  (202) 739-3001
          wtom@morganlewis.com
          jeverett@morganlewis.com

          *Counsel for Defendants,*
          Shell International Trading and Shipping Company
          Limited and Shell Trading (US) Company

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2015, the foregoing Notice of Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint by Defendants Shell International Trading and Shipping Company Limited and Shell Trading (US) Company was filed electronically with the Court and served electronically on all counsel of record who have entered an appearance through the Court's CM/ECF system.

/s/  R. Brendan Fee
*Counsel for Defendants,*
Shell International Trading and Shipping Company
Limited and Shell Trading (US) Company