UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION<br><br>This document applies to:<br><br>Case Nos. 13-cv-03473-ALC, 13-cv-03587-ALC, 13-cv-03944-ALC, 13-cv-04142-ALC, 13-cv-04553-ALC, 13-cv-04872-ALC, 13-cv-04938-ALC, 13-cv-05577-ALC, 13-cv-07089-ALC, 13-cv-08030-ALC, 13-cv-08151-ALC, 13-cv-08179-ALC, 13-cv-08240-ALC and 13-cv-08270-ALC. | 1:13-md-02475-ALC<br><br>4-10-15 |

**STIPULATION AND ~~[REDACTED]~~ ORDER**

The Brent Derivative Trader Plaintiffs, Kevin McDonnell, Anthony Insigna, Robert Michiels, Neil Taylor, Xavier Laurens, Atlantic Trading USA, LLC, Port 22, LLC, Aaron Schindler, White Oak Fund LP and Prime International Trading, Ltd. ("Plaintiffs"), and Defendant Phibro Commodities Limited ("Phibro Commodities") by and through their respective undersigned counsel, subject to this Court's approval, agree and stipulate concerning jurisdictional discovery of facts bearing on Phibro Commodities' asserted challenge to personal jurisdiction over it in this action under the Fed. R. Civ. P. 12(b)(2), as follows:

WHEREAS, on February 27, 2015, Plaintiffs filed their Second Amended Consolidated Class Action Complaint (the "Complaint") against Phibro Commodities and other defendants in the above-captioned action [ECF No. 308];

WHEREAS, discovery has been previously stayed in this action by the Court's January 2, 2014 order [ECF No. 72];

WHEREAS, on March 27, 2015, Phibro Commodities filed a motion to dismiss ("Motion to Dismiss") all of the claims that Plaintiffs alleged against Phibro Commodities in the

Complaint, arguing *inter alia* that pursuant to Fed. R. Civ. P. Rule 12(b)(2), this Court lacks personal jurisdiction over Phibro Commodities [ECF Nos. 328, 330];

WHEREAS, on March 27, 2015, Phibro Commodities filed in support of its Motion to Dismiss a Declaration of Mr. Roger Plaisted [ECF No. 330], to submit facts pertinent to the assertion of jurisdiction; and

WHEREAS, Phibro Commodities has agreed to make Mr. Plaisted available to be deposed by Plaintiffs' counsel on or around April 29, 2015.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, and it is ORDERED by the Court that:

1.  Plaintiffs may depose Mr. Plaisted concerning facts relevant to this Court's alleged personal jurisdiction over Phibro Commodities.

2.  This Stipulation may be executed in separate counterparts, and counterparts may be executed by e-mail or facsimile, each of which shall be an original.

Dated: April 7, 2015

| KIRBY McINERNEY LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: _____ <br> David E. Kovel <br> Lauren Wagner Pederson, Of Counsel <br> Thomas W. Elrod <br> 825 Third Avenue, 16th Floor <br> New York, NY 10022 <br> Telephone: (212) 371-6600 <br> Facsimile: (212) 751-2540 <br> dkovel@kmllp.com <br> lpederson@kmllp.com <br> telrod@kmllp.com <br><br> *Interim Lead Counsel for the Brent Derivative Trader Plaintiffs* | By: _____ <br> Karl Stern <br> Pennzoil Plaza <br> 711 Louisiana Street, Suite 500 <br> Houston, Texas 10007 <br> Telephone: (713) 221-7000 <br> Facsimile: (713) 221-7100 <br> karlstern@quinnemanuel.com <br><br> *Attorneys for Phibro Commodities Limited* |

This terminates Parties' joint letter motion for an extension (ECF No. 346).

**SO ORDERED** this 10 day of April, 2015

*/s/ Andrew L. Carter, Jr.*
Hon. Andrew L. Carter, Jr.
United States District Judge