UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

In re:                                        :

North Sea Brent Crude Oil              :
Futures Litigation                    :    13-md-02475 (ALC)
                                 :

This Document Applies To:            :
13-cv-03587; 13-cv-03944; 13-cv-04142;   :
13-cv-04553; 13-cv-03473; 13-cv-07089;   :
13-cv-08030; 13-cv-08151; 13-cv-04872;   :
13-cv-04938; 13-cv-05577          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Erik J. Raven-Hansen, who is admitted *pro hac vice* to practice in this Court, respectfully enters his appearance as counsel for Defendants Mercuria Energy Trading, Inc. and Mercuria Energy Trading, SA in the above-captioned litigation. Pursuant to this Court's Order of January 15, 2014 (Dkt. 78), counsel was provisionally admitted *pro hac vice* upon application for an ECF login and password.

Dated: April 22, 2015

                                    Respectfully submitted,

                                    /s/ Erik J. Raven-Hansen
                                    Erik J. Raven-Hansen
                                    ALLEN & OVERY LLP
                                    1101 New York Avenue NW
                                    Washington, DC  20005
                                    Telephone:  202-683-3861
                                    Facsimile:  202-683-3999
                                    erik.raven-hansen@allenovery.com

                                    *Attorney for Defendants Mercuria Energy Trading, Inc. and Mercuria Energy Trading, SA*