UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | 1:13-md-02475 (ALC) |
| NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | **ORDER GRANTING PRE-MOTION CONFERENCE** |
| This document applies to: ALL CASES | |

------------------------------------------------------------x

4-22-15

**ANDREW L. CARTER, JR., United States District Judge:**

Brent Derivative Trader Plaintiffs ("Trader Plaintiffs") submitted a letter motion dated April 13, 2015 requesting a pre-motion conference regarding jurisdictional discovery against newly added Defendant Shell International Trading And Shipping Company Limited ("STASCO"). (ECF No. 348.) Defendant STASCO responded by letter dated April 16, 2015. (ECF No. 349.) Trader Plaintiffs' letter motion for a conference is GRANTED.

The Court will hold a pre-motion conference in this case on **Friday, May 1, 2015 at 2:00 p.m.** Counsel for the Trader Plaintiffs and Defendant STASCO should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

This order terminates Trader Plaintiffs' letter motion for a conference regarding jurisdictional discovery against Defendant STASCO in the following cases:

- In re: North Sea Brent Crude Oil Futures Litigation, 1:13-md-02475-ALC: ECF No. 348

- Prime International Trading, Ltd. v. BP Plc et al., 1:13-cv-03473-ALC: ECF No. 162

- Sevy v. BP PLC, et al., 1:13-cv-03587-ALC: ECF No. 160

- Smith v. BP Plc et al., 1:13-cv-03944-ALC: ECF No. 158

- Benvenuto v. BP P.L.C. Royal Dutch Shell PLC et al., 1:13-cv-04142-ALC: ECF No. 160

- White Oaks Fund LP v. BP PLC et al., 1:13-cv-04553-ALC: ECF No. 160

- Karkut v. Royal Dutch Shell PLC et al., 1:13-cv-04872-ALC: ECF No. 153

- Port 22, LLC et al v. BP p.l.c., et al., 1:13-cv-04938-ALC: ECF No. 159

- Chartier v. BP PLC et al., 1:13-cv-05577-ALC: ECF No. 156

- McDonnell et al v. Royal Dutch Shell plc et al., 1:13-cv-07089-ALC: ECF No. 170

- Melissinos Eupatrid LP v. BP P.L.C. Royal Dutch Shell PLC et al., 1:13-cv-08030-ALC: ECF No. 149

- Capital GMBH v. Royal Dutch Shell plc et al., 1:13-cv-08151-ALC FTC: ECF No. 159

- Taylor v. Royal Deutch Shell PLC et al., 1:13-cv-08179-ALC: ECF No. 156

- Praetor Capital Cayman Ltd. et al v. Royal Dutch Shell plc et al., 1:13-cv-08270-ALC: ECF No. 146

- Schindler v. Royal Dutch Shell PLC et al., 1:13-cv-08240-ALC: ECF No. 139

**SO ORDERED.**

Dated: April 22, 2015

New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**