Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Tel. +1.215.963.5000
Fax: +1.215.963.5001
www.morganlewis.com

**Morgan Lewis**

**Steven A. Reed**
Partner
+1.215.963.5603
sreed@morganlewis.com

April 23, 2015

**VIA ECF & ELECTRONIC MAIL**

Honorable Andrew L. Carter, Jr.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 435
New York, NY 10007
Email: ALCarterNYSDChambers@nysd.uscourts.gov

Re:  *In re North Sea Brent Crude Oil Futures Litig.*, No. 1:13-MD-02475 (ALC)

Dear Judge Carter:

We represent Shell International Trading and Shipping Company Limited ("STASCO") and Shell Trading (US) Company ('STUSCO") in the above-referenced matter and write in response to the letter submitted earlier today by the Brent Trader Plaintiffs ("Plaintiffs") requesting a modification of the briefing schedule on the motion to dismiss Plaintiffs' Second Amended Complaint filed by STASCO and STUSCO on April 6, 2015.

STASCO and STUSCO believe that the parties should adhere to the schedule to which they previously agreed, which has been set by this Court's Order. (Dkt. No. 339). Because one of the grounds for STASCO's motion to dismiss is the fact that Plaintiffs failed to plead a basis for personal jurisdiction over STASCO, and because Plaintiffs are not entitled to jurisdictional discovery unless they have established a *prima facie* case for jurisdiction, we expect that the Plaintiffs' responsive brief will address issues that are central to the matter that will be before the Court at the May 1, 2015 pre-motion conference. Thus, we believe it would be very helpful both for the Court and for STASCO to have the benefit of Plaintiffs' response in advance of the conference, as would occur under the current briefing schedule. Under the well established standards articulated by this Court and others, Plaintiffs are not entitled to jurisdictional discovery. In the event the Court concludes otherwise, we are confident that the parties could work out an acceptable process for providing any supplemental briefing. However, for the reasons set forth in our letter to the Court dated April 16, 2015, we do not believe that will be necessary.

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Tokyo  Washington  Wilmington

Morgan Lewis

Honorable Andrew L. Carter, Jr.
April 23, 2015
Page 2


Accordingly, STASCO and STUSCO respectfully suggest that the Court deny Plaintiffs' letter request to modify the schedule.

Respectfully submitted,

Steven A. Reed

cc:     All counsel of record via ECF