UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL
FUTURES LITIGATION

This document applies to:  ALL CASES

------------------------------------------------------------x

1:13-md-02475 (ALC)

**ORDER GRANTING EXTENSION AND ADJOURNING BRIEFING SCHEDULE**

**ANDREW L. CARTER, JR., United States District Judge:**

Brent Derivative Trader Plaintiffs ("Trader Plaintiffs") submitted a letter motion dated April 23, 2015 requesting an extension of time for the briefing schedule[1] set for the April 6, 2015 motion to dismiss Plaintiffs' Second Amended Complaint filed by Defendants Shell International Trading And Shipping Company Limited ("STASCO") and Shell Trading (US) Company ("STUSCO"). (ECF No. 353.) Defendants STASCO and STUSCO responded by letter dated April 23, 2015. (ECF No. 354.)

Trader Plaintiffs' letter motion requesting an extension of the above-mentioned briefing schedule is GRANTED. The current April 24, 2015 and May 1, 2015 deadlines for the opposition and reply briefs are ADJOURNED without date, to be determined after the May 1, 2015 pre-motion conference granted in the Court's Order dated April 22, 2015 (ECF No. 352).

This order terminates Trader Plaintiffs' letter motion requesting an extension of time for the briefing schedule in the following cases:

- In re: North Sea Brent Crude Oil Futures Litigation, 1:13-md-02475-ALC: ECF No. 353
- Prime International Trading, Ltd. v. BP Plc et al., 1:13-cv-03473-ALC: ECF No. 166

---

[1] See Stipulation and Order dated February 26, 2015 (ECF No. 307) and Order Granting STASCO and STUSCO's Letter Motion for Extension of Time dated April 1, 2015 (ECF No. 339).

- Sevy v. BP PLC, et al., 1:13-cv-03587-ALC: ECF No. 164

- Smith v. BP Plc et al., 1:13-cv-03944-ALC: ECF No. 162

- Benvenuto v. BP P.L.C. Royal Dutch Shell PLC et al., 1:13-cv-04142-ALC: ECF No. 164

- White Oaks Fund LP v. BP PLC et al., 1:13-cv-04553-ALC: ECF No. 164

- Karkut v. Royal Dutch Shell PLC et al., 1:13-cv-04872-ALC: ECF No. 157

- Port 22, LLC et al v. BP p.l.c., et al., 1:13-cv-04938-ALC: ECF No. 163

- Chartier v. BP PLC et al., 1:13-cv-05577-ALC: ECF No. 160

- McDonnell et al v. Royal Dutch Shell plc et al., 1:13-cv-07089-ALC: ECF No. 174

- Melissinos Eupatrid LP v. BP P.L.C. Royal Dutch Shell PLC et al., 1:13-cv-08030-ALC: ECF No. 153

- Capital GMBH v. Royal Dutch Shell plc et al., 1:13-cv-08151-ALC FTC: ECF No. 163

- Taylor v. Royal Deutch Shell PLC et al., 1:13-cv-08179-ALC: ECF No. 158

- Praetor Capital Cayman Ltd. et al v. Royal Dutch Shell plc et al., 1:13-cv-08270-ALC: ECF No. 148

- Schindler v. Royal Dutch Shell PLC et al., 1:13-cv-08240-ALC: ECF No. 141

SO ORDERED.

Dated: April 24, 2015

New York, New York

ANDREW L. CARTER, JR.
**United States District Judge**