

Peter Safirstein
Direct Dial: 212-564-1637
psafirstein@ForThePeople.com

April 30, 2015

**VIA EMAIL, HAND DELIVERY, AND ECF**

The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

    Re:    *Harter v. BP PLC et al.*, **No. 1:13-cv-07443-ALC**
           **(Coordinated with:** *In re: North Sea Brent Crude Oil Futures Litigation*,
           **No. 13-md-02475-ALC)**

Dear Judge Carter:

    We are interim co-lead counsel for the Coordinated Action, *Harter v. BP PLC et al.*, No. 1:13-cv-07443-ALC (the "Landowner" action). Pursuant to Rule 1.G. and 2.C. of Your Honor's Individual Practices, enclosed please find a courtesy copy of the Second Amended Class Action Complaint (ECF No. 91), which was filed today in the Landowner action.

    This is filed pursuant to Your Honor's Order, ECF No. 357 in *In re: North Sea Brent Crude Oil Futures Litigation*, No. 13-md-02475-ALC and ECF No. 90 in *Harter v. BP PLC et al.*, No. 1:13-cv-07443-ALC.

                                                                     Respectfully submitted,

                                                                      */s/ Peter Safirstein*
                                                                      Peter Safirstein
                                                                      **MORGAN & MORGAN, P.C.**
                                                                      28 West 44th St., Suite 2001
                                                                      New York, NY 10036
                                                                      Tel: (212) 564-1637
                                                                      psafirstein@forthepeople.com

                                                                      *Interim Co-Lead Counsel*
                                                                      *for the Coordinated Action*

cc:    All Counsel of Record (by email)