# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

May 8, 2015

**<u>VIA EMAIL and ECF</u>**
The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re:     *In re: North Sea Brent Crude Oil Futures Litig.*, 13-md-02475-ALC

Dear Judge Carter:

We represent the Brent Derivative Trader Plaintiffs ("Plaintiffs") in the above-referenced action.  Pursuant to Rule 5.2 of Electronic Case Filing Rules and Instructions ("ECF Rules"), Plaintiffs respectfully request permission to file a CD containing an Excel spreadsheet that is an attachment to a declaration that Plaintiffs are filing in support of Plaintiffs' Opposition to the Rule 12(b)(2) Motion to Dismiss filed by Defendant Phibro Commodities Limited.  The native formatting of the Excel spreadsheet precludes Plaintiffs from converting the Excel spreadsheet into a useable PDF-A format, as generally required for filed attachments under the ECF Rules.

The Excel spreadsheet is an Exhibit to the deposition transcript of Roger Plaisted, and the entire deposition transcript and exhibits thereto are being filed with the Court.  Plaintiffs also rely on the Excel spreadsheet and testimony related to it in their Opposition brief, which we will file with the Court today.  We appreciate Your Honor's consideration in this matter.

Respectfully submitted,

 /s/ David E. Kovel
David E. Kovel
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Tel:  212-371-6600
Fax:  212-751-2540
dkovel@kmllp.com

*Interim Lead Counsel for the Brent Derivative Trader Plaintiffs and the Proposed Class*

cc:     All Counsel of Record (by email)

NEW YORK              CALIFORNIA