# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

May 12, 2015

**VIA HAND DELIVERY AND ECF**

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re:   *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13-md-02475-ALC

Dear Judge Carter:

On behalf of the Derivative Trader Plaintiffs in the above-referenced action, pursuant to Rule 2.C. of Your Honor's Individual Practices, enclosed please find courtesy copies of Plaintiffs' Opposition to Defendant Phibro Commodities Limited's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 360) and the Declaration of Lauren W. Pederson in Support thereof (ECF No. 361).

Additionally, enclosed please find a courtesy copy of Exhibit 4-A to the Declaration of Lauren W. Pederson, which is a CD containing an exhibit to the Plaisted Deposition. The exhibit is a native Excel spreadsheet, which Plaintiffs requested permission to file with the Court on Friday, May 8, 2015. (ECF No. 362).

Respectfully submitted,

 /s/ *David E. Kovel*
David E. Kovel

*Interim Lead Counsel for the Brent Derivative Trader Plaintiffs and the Proposed Class*

cc:   Counsel of Record

Encs. (3)