**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL FUTURES       1:13-md-02475 (ALC)
LITIGATION

This document applies to: 1:13-cv-07443-ALC.

------------------------------------------------------------x

DAVID HARTER, On Behalf of Himself
and All Others Similarly Situated,

                            Plaintiff,        [Oral Argument Requested]

                              v.              **DEFENDANT PHIBRO COMMODITIES LIMITED'S NOTICE OF MOTION TO DISMISS HARTER PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

ROYAL DUTCH SHELL PLC, BP PLC,
STATOIL ASA, STATOIL US HOLDINGS
INC., MORGAN STANLEY, TRAFIGURA
BEHEER B.V., TRAFIGURA AG, PHIBRO
TRADING LLC, VITOL, S.A. MERCURIA
ENERGY TRADING S.A., HESS ENERGY
TRADING COMPANY, LLC and
JOHN DOES 1-50,

                           Defendants.
------------------------------------------------------------x

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Andrew L. Carter, United States District Judge for the Southern District of New York, in Courtroom 1306 at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York, 10007, on such date and at such time as the Court sets, for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Second Amended Class Action Complaint, Dkt. No. 96, for Lack of Personal Jurisdiction with prejudice.

PLEASE TAKE FURTHER NOTICE, that, pursuant to the Court's April 29, 2015, Order, Dkt. No. 357, opposition papers, if any, shall be served on or before 14 days after service of this Motion. Any reply papers shall be served on or before 7 days after service of any opposition papers.

Dated: May 28, 2015.

    Respectfully submitted,

    **QUINN EMANUEL URQUHART & SULLIVAN L.L.P.**

    By: /s/ Karl S. Stern

    Karl S. Stern
    711 Louisiana Street, Suite 500
    Houston, Texas 77002
    Tel 713.221.7171
    E-mail karlstern@quinnemanuel.com

    **Attorneys for Defendants**
    **Phibro Trading LLC and**
    **Phibro Commodities Ltd.**

TO:    **Morgan & Morgan, P.C.**

    Peter Safirstein
    Domenico Minerva
    Elizabeth Metcalf
    28 W. 44th Street, Suite 2001
    New York, NY 10036
    T: (212) 564-1637
    F: (212) 564-1807
    Email: psafirstein@forthepeople.com
    Email: dminerva@forthepeople.com
    Email: emetcalf@forthepeople.com

    **Fenet Law Firm, LLC**
    Robert Wickliffe Fenet, *Admitted Pro Hac Vice*
    4315 Bluebonnet Blvd., Suite B
    Baton Rouge, LA 70809
    T: (225) 926-5500
    F: (225) 296-7417
    Email: bob@fenetlaw.com

**Edwards Kirby, LLP**
ohn Edwards, *Admitted Pro Hac Vice*
P.O. Box 17005
Raleigh, N.C. 27619
T: (919) 780-5400
F: (919) 800-3099
Email: jedwards@edwardskirby.com

*Interim Co-Lead Counsel for proposed*
*Landowners and Leaseholders class*
*(the "Coordinated Action")*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2105, a copy of the foregoing was filed electronically and sent by e-mail to all parties who have appeared by operation of this Court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

 /s/ Karl S. Stern
Karl S. Stern