UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION

1:13-md-02475 (ALC)

This document applies to: 1:13-cv-07443-ALC.

-----------------------------------------------------------x

DAVID HARTER, On Behalf of Himself and All Others Similarly Situated,

                Plaintiff,

v.

ROYAL DUTCH SHELL PLC, BP PLC, STATOIL ASA, STATOIL US HOLDINGS INC., MORGAN STANLEY, TRAFIGURA BEHEER B.V., TRAFIGURA AG, PHIBRO TRADING LLC, VITOL, S.A. MERCURIA ENERGY TRADING S.A., HESS ENERGY TRADING COMPANY, LLC and JOHN DOES 1-50,

                Defendants.
-----------------------------------------------------------x

[Oral Argument Requested]

**DEFENDANT PHIBRO COMMODITIES LIMITED'S NOTICE OF MOTION TO DISMISS HARTER PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Andrew L. Carter, United States District Judge for the Southern District of New York, in Courtroom 1306 at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York, 10007, on such date and at such time as the Court sets, for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Second Amended Class Action Complaint, Dkt. No. 96, for Lack of Personal Jurisdiction with prejudice.

PLEASE TAKE FURTHER NOTICE, that, pursuant to the Court's April 29, 2015, Order, Dkt. No. 357, opposition papers, if any, shall be served on or before 14 days after service of this Motion. Any reply papers shall be served on or before 7 days after service of any opposition papers.

Dated: May 28, 2015.

          Respectfully submitted,

          **QUINN EMANUEL URQUHART & SULLIVAN L.L.P.**

          By: /s/ Karl S. Stern

          Karl S. Stern
          711 Louisiana Street, Suite 500
          Houston, Texas 77002
          Tel 713.221.7171
          E-mail karlstern@quinnemanuel.com

          **Attorneys for Defendants**
          **Phibro Trading LLC and**
          **Phibro Commodities Ltd.**

TO: **Morgan & Morgan, P.C.**

    Peter Safirstein
    Domenico Minerva
    Elizabeth Metcalf
    28 W. 44th Street, Suite 2001
    New York, NY 10036
    T: (212) 564-1637
    F: (212) 564-1807
    Email: psafirstein@forthepeople.com
    Email: dminerva@forthepeople.com
    Email: emetcalf@forthepeople.com

    **Fenet Law Firm, LLC**
    Robert Wickliffe Fenet, *Admitted Pro Hac Vice*
    4315 Bluebonnet Blvd., Suite B
    Baton Rouge, LA 70809
    T: (225) 926-5500
    F: (225) 296-7417
    Email: bob@fenetlaw.com

**Edwards Kirby, LLP**
ohn Edwards, *Admitted Pro Hac Vice*
P.O. Box 17005
Raleigh, N.C. 27619
T: (919) 780-5400
F: (919) 800-3099
Email: jedwards@edwardskirby.com

*Interim Co-Lead Counsel for proposed*
*Landowners and Leaseholders class*
*(the "Coordinated Action")*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2105, a copy of the foregoing was filed electronically and sent by e-mail to all parties who have appeared by operation of this Court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

           /s/ Karl S. Stern
           Karl S. Stern