UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL FUTURES          1:13-md-02475 (ALC)
LITIGATION

This document applies to:

1:13-cv-07443-ALC (Coordinated Case)

------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS LANDOWNER PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT BY DEFENDANT SHELL INTERNATIONAL TRADING AND SHIPPING COMPANY LIMITED

     PLEASE TAKE NOTICE that, upon the memoranda filed jointly by all Defendants and their Supplemental Memorandum of Law in Support of their Motion to Dismiss the Second Amended Class Action Complaint, Defendant Shell International Trading and Shipping Company Limited ("STASCO") will move this Court before the Honorable Andrew L. Carter, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order dismissing Landowner Plaintiff's Second Amended Class Action Complaint (Case Nos. 1:13-cv-07443) with prejudice as to STASCO for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

Dated:  May 29, 2015                      Respectfully submitted,

                                                     /s/ Steven A. Reed
                                                     Steven A. Reed
                                                     R. Brendan Fee
                                                     Dana E. Becker
                                                     MORGAN, LEWIS & BOCKIUS LLP
                                                     1701 Market Street
                                                     Philadelphia, PA 19103-2921
                                                     Telephone:  (215) 963-5000

Facsimile:  (215) 963-5001
sreed@morganlewis.com
bfee@morganlewis.com
dana.becker@morganlewis.com

-and-

Willard K. Tom
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
wtom@morganlewis.com
jeverett@morganlewis.com

*Counsel for Defendant,*
Shell International Trading and Shipping
Company Limited

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, the foregoing Notice of Motion to Dismiss Landowner Plaintiff's Second Amended Class Action Complaint by Defendant Shell International Trading and Shipping Company Limited was filed electronically with the Court and served electronically on all counsel of record who have entered an appearance through the Court's CM/ECF system.

/s/  R. Brendan Fee
*Counsel for Defendant,*
Shell International Trading and Shipping Company Limited