UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In re: North Sea Brent Crude Oil                     Case No.  1:13-md-02475-ALC
Futures Litigation                    Plaintiff,

        -against-

                                      Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑  I have cases pending                      ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Karl S. Stern
### FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is  TX 19175665

I am,

☑  An attorney

☐  A Government Agency attorney

☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:  Quinn Emanuel Urquhart & Sullivan
              FIRM ADDRESS:  1001 Fannin Street, Suite 1950, Houston, TX 77002
              FIRM TELEPHONE NUMBER: 713-224-4400
              FIRM FAX NUMBER: 713-224-5153

NEW FIRM:     FIRM NAME:  Quinn Emanuel Urquhart & Sullivan
              FIRM ADDRESS:  711 Louisiana Street, Suite 500
              FIRM TELEPHONE NUMBER: 713-221-7000
              FIRM FAX NUMBER: 713-221-7100

☑  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: May 29, 2015
                                              _____
                                              ATTORNEY'S SIGNATURE