UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION      1:13-md-02475 (ALC)

This document applies to:   ALL CASES

-------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David S. Lesser, who is admitted to practice in this Court, respectfully enters his appearance as counsel for defendants Statoil ASA and Statoil US Holdings Inc. ("Statoil") in the above-captioned action.

Dated: September 22, 2015

Respectfully submitted,

/s/ David S. Lesser
David S. Lesser
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
Email: david.lesser@wilmerhale.com

*Counsel for Statoil ASA and Statoil US Holdings Inc.*