UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                              :       1:13-md-02475 (ALC)
                                                    :
NORTH SEA BRENT CRUDE OIL                           :       **ORDER DENYING MOTION IN**
FUTURES LITIGATION                                  :       **LIMINE WITHOUT PREJUDICE**
                                                    :
This document applies to:  ALL CASES                :
                                                    :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Brent Derivative Trader Plaintiffs ("Trader Plaintiffs") filed a motion in limine to exclude the opinions of Statoil's expert, Dr. Culp. Trader Plaintiff's motion is DENIED without prejudice. The Court will consider the motion in limine in the full context of its review of the motions to dismiss and inform the parties if they need to refile the motion or submit additional briefing.

This order terminates Trader Plaintiffs' motion in limine in the following cases:

- In re: North Sea Brent Crude Oil Futures Litigation, 1:13-md-02475-ALC: ECF No. 255
- Prime International Trading, Ltd. v. BP Plc et al., 1:13-cv-03473-ALC: ECF No. 108
- Sevy v. BP PLC, et al., 1:13-cv-03587-ALC: ECF No. 107
- Smith v. BP Plc et al., 1:13-cv-03944-ALC: ECF No. 105
- Benvenuto v. BP P.L.C. Royal Dutch Shell PLC et al., 1:13-cv-04142-ALC: ECF No. 107
- White Oaks Fund LP v. BP PLC et al., 1:13-cv-04553-ALC: ECF No. 106
- Karkut v. Royal Dutch Shell PLC et al., 1:13-cv-04872-ALC: ECF No. 100
- Port 22, LLC et al v. BP p.l.c., et al., 1:13-cv-04938-ALC: ECF No. 105
- Chartier v. BP PLC et al., 1:13-cv-05577-ALC: ECF No. 103

- McDonnell et al v. Royal Dutch Shell plc et al., 1:13-cv-07089-ALC: ECF No. 117

- Melissinos Eupatrid LP v. BP P.L.C. Royal Dutch Shell PLC et al., 1:13-cv-08030-ALC: ECF No. 96

- Capital GMBH v. Royal Dutch Shell plc et al., 1:13-cv-08151-ALC FTC: ECF No. 106

- Taylor v. Royal Deutch Shell PLC et al., 1:13-cv-08179-ALC: ECF No. 103

- Praetor Capital Cayman Ltd. et al v. Royal Dutch Shell plc et al., 1:13-cv-08270-ALC: ECF No. 94

- Schindler v. Royal Dutch Shell PLC et al., 1:13-cv-08240-ALC: ECF No. 86

**SO ORDERED.**

Dated:  September 30, 2015

New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**