UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re NORTH SEA BRENT CRUDE  :  13 MD 2475 (ALC)
OIL FUTURES LITIGATION  :
 :
This Document Applies To:  :
13-cv-03587;  13-cv-03944;  13-cv-04142;  :
13-cv-04553;  13-cv-03473;  13-cv-07089;  :
13-cv-08030;  13-cv-08151;  13-cv-04872;  :
13-cv-04938;  13-cv-05577  :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-2-15

## ~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by Counsel for Mercuria Energy Trading, Inc. and Mercuria Energy Trading, SA (collectively "Mercuria") and the accompanying declaration of Molly Kelley,

IT IS HEREBY ORDERED that the motion of Molly Kelley to withdraw as counsel for Mercuria is granted, and Ms. Kelley's appearance is withdrawn as of the date of this Order. The Clerk is directed to remove Ms. Kelley from the CM/ECF service list for this action.

Dated: 10-2-15

Respectfully submitted,

_/s/ Andrew L. Carter_
Honorable Andrew L. Carter
United States District Judge