UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION     1:13-md-02475 (ALC)

This document applies to:   ALL CASES

------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF ROBERT W. TRENCHARD AS COUNSEL OF RECORD AND ~~PROPOSED~~ ORDER

**PLEASE TAKE NOTICE** that attorney Robert W. Trenchard, formerly of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel for Statoil ASA and Statoil US Holdings Inc. ("Statoil") in the above-captioned action. Mr. Trenchard is no longer associated with WilmerHale. Statoil continues to be represented by other counsel of record from WilmerHale.

Mr. Trenchard did not assert a retaining or charging lien.

Dated: September 22, 2015

Respectfully submitted,

_____
Douglas F. Curtis
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: douglas.curtis@wilmerhale.com

*Counsel for Statoil ASA and Statoil US Holdings Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-2-15

- 1 -

SO ORDERED

*/s/ Andrew L. Carter, Jr.*

Hon. Andrew L. Carter, Jr
United States District Judge
Dated. ~~August~~ October 1, 2015