# CADWALADER

Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

New York   London   Charlotte   Washington
Houston   Beijing   Hong Kong   Brussels

December 21, 2015

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

Re:   *In re North Sea Brent Crude Oil Futures Litig.*, No. 13-md-2475-ALC

Dear Judge Carter:

We write on behalf of Morgan Stanley Capital Group Inc., Trafigura Beheer B.V., Trafigura AG, Phibro Trading LLC, Vitol, S.A., Vitol, Inc., Mercuria Energy Trading S.A., Mercuria Energy Trading, Inc., and Hess Energy Trading Company, LLC.  The Complaints in these actions allege that BP, Shell and Statoil were subjects of the European Commission ("EC") investigation. Dkt. 166, No. 13-md-02475 ("Trader Compl.") at ¶17; Dkt. 96, No. 13-cv-07443 ("Landowner Compl.") at ¶ 186.  Your Honor has now received a letter from counsel for BP, Shell and Statoil informing the Court that an investigation of these entities by the EC was closed in December 2015.[1] Dkt. 386.

To be clear, the Complaints did not allege that Morgan Stanley Capital Group Inc., Trafigura Beheer B.V., Trafigura AG, Phibro Trading LLC, Vitol, S.A., Vitol, Inc., Mercuria Energy Trading S.A., Mercuria Energy Trading, Inc., and Hess Energy Trading Company, LLC were the subjects of the EC or FTC investigations.  Notwithstanding this fact, Plaintiffs refer to these investigations in general to support, in part, their allegations against all Defendants for alleged manipulation of physical Brent crude oil and derivatives. Trader Compl. at ¶¶ 13-14, 16, 499-500, 505; Landowner Compl. at ¶¶ 239, 249. The termination of these investigations therefore undercuts the allegations against all Defendants.

---

[1] A related investigation by the Federal Trade Commission ("FTC") was closed in October 2014.

**Gregory A. Markel**   Tel +1 212 504 6112   Fax +1 212 504 6666   gregory.markel@cwt.com

**C A D W A L A D E R**

Respectfully Submitted,

/s/ Gregory A. Markel
Gregory A. Markel
CADWALADER, WICKERSHAM
& TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:  (212) 504-6112
Facsimile:  (212) 504-6666
greg.markel@cwt.com

Anthony M. Mansfield
Brian D. Wallach
700 Sixth Street, N.W.
Washington, DC  20001
Telephone:  (202) 862-2321
Facsimile:  (202) 862-2400
anthony.mansfield@cwt.com
brian.wallach@cwt.com

*Attorneys for Morgan Stanley Capital Group Inc.*

By: /s/ Melvin A. Brosterman
Melvin A. Brosterman
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, New York 10038
Telephone:  (212) 806-5400
Facsimile:  (212) 806-2632
mbrosterman@stroock.com

*Attorney for Hess Energy Trading Company, LLC*

By:/s/ Karl S. Stern
Karl S. Stern
QUINN EMANUEL URQUHART
& SULLIVAN LLP
1001 Fannin Street, Suite 1950
Houston, TX  77002
Telephone:  (713) 224-440
Facsimile:  (713) 224-5153
karlstern@quinnemanuel.com

*Attorneys for Phibro Trading LLC*

By: /s/ Stephen M. Hauss
William A. Burck
Stephen M. Hauss
QUINN EMANUEL URQUHART & SULLIVAN LLP
777 6th Street, N.W., 11th Floor
Washington, D.C.  20001
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100
williamburck@quinnemanuel.com
stephenhauss@quinnemanuel.com

*Attorneys for Trafigura AG, Trafigura Beheer B.V.*

# CADWALADER

| | |
|---|---|
| By: /s/ Karen Lent<br>Karen Hoffman Lent<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3610<br>Facsimile: (917) 777-3610<br>Sgoldfein@skadden.com<br>Karen.lent@skadden.com<br><br>*Attorneys for Vitol Inc. and Vitol S.A.* | By: /s/ John Terzaken<br>John Terzaken<br>Elaine Johnston<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 610-6300<br>Facsimile: (212) 610-6399<br><br>1101 New York Avenue, NW<br>Washington DC 20005<br>Telephone: (202) 683-3877<br>Facsimile: (202) 683-3999<br>john.terzaken@allenovery.com<br><br>*Attorneys for Mercuria Energy Trading S.A. and Mercuria Energy Trading, Inc.* |

cc:   All Counsel of Record (via ECF)